```
                    UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF WISCONSIN
                         MILWAUKEE DIVISION
_____

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )   Case No. 25-CR-89
                                   )
     v.                            )   Milwaukee, WI
                                   )
HANNAH C. DUGAN,                   )   May 15, 2025
                                   )   8:59 a.m.
              Defendant.           )
_____

                 TRANSCRIPT OF PRELIMINARY HEARING
                 and ARRAIGNMENT AND PLEA HEARING
                BEFORE THE HONORABLE STEPHEN C. DRIES
                   UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiff            United States Dept. of Justice
UNITED STATES OF AMERICA:    (ED-WI)
                             By:  MR. RICHARD G. FROHLING
                             Office of the US Attorney
                             517 E. Wisconsin Ave., Rm. 530
                             Milwaukee, WI  53202
                             Ph:  414-297-1775
                             richard.frohling@usdoj.gov


For the Defendant            Steven Biskupic Law Office, LLC
HANNA C. DUGAN:              By:  MR. STEVEN M. BISKUPIC
(Present)                    PO Box 456
                             Thiensville, WI  53092
                             Ph:  414-828-7233
                             bisklaw@outlook.com

                             Gimbel, Reilly, Guerin &
                             Brown, LLP
                             By:  MR. JASON D. LUCZAK
                                  MS. NICOLE M. MASNICA
                             330 E. Kilbourn Ave., Ste. 1170
                             Milwaukee, WI  53202
                             Ph:  414-224-1440
                             jluczak@grgblaw.com
                             nmasnica@grgblaw.com

1

ALSO PRESENT:                    MR. JESSE R. SORKNESS,
                                 US Probation.

U.S. Official Court Reporter:  JENNIFER L. STAKE, RDR, CRR
Proceedings recorded by computerized stenography, transcript
produced by computer-aided transcription.

| | |
|---|---|
| 1 | TRANSCRIPT OF PROCEEDINGS |
| 2 | THE COURT: Welcome. This is an arraignment and plea |
| 3 | hearing. It looks like the defendant has a copy of the |
| 4 | indictment. Is that right, Mr. Biskupic? |
| 5 | MR. BISKUPIC: Yes, your Honor. |
| 6 | THE COURT: Very good. We'll talk about that in just |
| 7 | a minute. For now let me remind the defendant that in federal |
| 8 | court she has two very important rights. One is the right to |
| 9 | remain silent. That simply means no one can force you to talk. |
| 10 | But if you do decide to speak, anything you say may be used |
| 11 | against you. You also have the right to have a lawyer help you |
| 12 | at all stages of these proceedings. And if you can't afford |
| 13 | one, we'll provide you with one at no charge. |
| 14 | So now I'll ask if the Government could briefly go over |
| 15 | what's advised in the indictment. |
| 16 | MR. FROHLING: Yes, your Honor. The indictment |
| 17 | returned by the grand jury has two counts. The first count |
| 18 | alleges that on or about April 18th of this year, the defendant |
| 19 | knowingly concealed an individual for whom an arrest warrant |
| 20 | and process had been issued under federal law in alleged |
| 21 | violation of Title 18 of the United States Code, Section 1071. |
| 22 | Were there to be a conviction for that offense, the defendant |
| 23 | would face up to one year in prison, a maximum fine of |
| 24 | $100,000, up to one year of supervised release, and a mandatory |
| 25 | $25 special assessment. |

1     Count 2 alleges that on or about that same date, April
2  18th, the defendant corruptly endeavored to influence,
3  obstruct, and impede the proper administration of a pending
4  proceeding under federal law in alleged violation of Title 18
5  United States Code, Section 1505.  If there were to be a
6  conviction for that offense, the defendant would face up to
7  five years in prison, a maximum fine of $250,000, up to three
8  years of supervised release, and a $100 mandatory special
9  assessment.
10            THE COURT:  All right.  Thank you, Mr. Frohling.  Our
11 speedy trial date here is July 22nd.
12     I'll then turn back to Mr. Biskupic and ask if you have a
13 plea to enter.
14            MR. BISKUPIC:  Yes, your Honor.  Subject to the
15 jurisdictional issues raised in our motion to dismiss already
16 on file, Judge Hannah Dugan pleads not guilty and asserts her
17 right to proceed according to the Speedy Trial Act.
18            THE COURT:  All right.  Our district judge is Judge
19 Adelman.  He has set pretrial for July 9th, 10:30; trial date
20 July 21.
21     If we would get that far, Mr. Frohling, how long do you
22 think that might take?
23            MR. FROHLING:  My guess, your Honor, is about one
24 week.  It's a relatively discrete time period, but a fair
25 amount of witnesses.  And I think jury selection may take a

1 little longer than a standard case, so probably a week.

2       THE COURT: All right. Very good. And what about
3 discovery? What's going on there?

4       MR. FROHLING: Discovery is in process. There's a
5 pending motion for a protective order now the parties worked
6 out yesterday and got that on file. Discovery production will
7 get rolling once that is in place, if not yet this week, early
8 next week. Pursuant to an agreement among counsel, there was a
9 very small number of video excerpts provided yesterday pursuant
10 to an agreement among the parties just to get the ball rolling.

11       THE COURT: All right. Thank you.
12   Our magistrate judge will be Judge Joseph. She has set a
13 motions deadline of May 30th, responses due June 9th, replies
14 June 16th. So that's May 30th, June 9th, and June 16th for
15 motions. I'll remind the Government of its obligations under
16 *Brady* and also order disclosure of appropriate grand jury
17 materials no later than one business day prior to trial.

18   That is all I have on my agenda this morning. Is there
19 anything further from the Government today?

20       MR. FROHLING: No, your Honor. Thank you.
21       THE COURT: All right. And Mr. Biskupic?
22       MR. BISKUPIC: Couple of just housekeeping things,
23 your Honor. And maybe this is to go to one of the other judges
24 you mentioned, but we'd like to have a waiver of Judge Dugan's
25 appearance at anything that's just scheduling with the lawyers.

1        THE COURT: Right. That would normally go with Judge
2    Joseph. If you have a conference, that would be a counsel-only
3    status conference. But if her appearance is required, you can
4    make that request to Judge Joseph.
5        MR. BISKUPIC: The other thing just to note -- and,
6    again, I think this is -- would go right to Judge Adelman, but
7    we already talked among the lawyers for both sides about jury
8    selection issues and maybe a jury questionnaire parties would
9    jointly submit to the Court. So I just wanted to alert that
10   for the clerk of court.
11       THE COURT: All right. Very good. We'll put that in
12   our minutes, and then Judge Adelman's chambers will be aware of
13   that, also. Thank you, Mr. Biskupic.
14     All right, then. That's all I have for you. Thank you,
15   everyone.
16       MR. FROHLING: Thank you.
17       (At 9:03 a.m. the hearing ended.)

```
 1                      C E R T I F I C A T E

 2

 3                       I, JENNIFER L. STAKE, RDR, CRR, an Official

 4    Court Reporter for the United States District Court for the

 5    Eastern District of Wisconsin, do hereby certify that the

 6    foregoing is a true and correct transcript of all the

 7    proceedings had in the above-titled matter as the same are

 8    contained in my original machine shorthand notes on the said

 9    trial or proceeding.

10

11

12    Dated this 15th day of May, 2025.

13    Milwaukee, Wisconsin.

14

15

16                       Jennifer L. Stake, RDR, CRR
                      United States Official Court Reporter
17                     517 East Wisconsin Avenue, Room 324
                              Milwaukee, WI  53202
18

19                     Jennifer_Stake@wied.uscourts.gov

20

21

22    ELECTRONICALLY SIGNED BY JENNIFER L. STAKE
      Official Court Reporter, RDR, CRR
23    _____

24

25
```