UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Hannah C. Dugan<br><br>    Defendant. | Case No. 2:25-cr-00089-LA-NJ |

**[PROPOSED] ORDER GRANTING THE MOTION OF FORMER STATE AND FEDERAL JUDGES FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE INDICTMENT**

This matter is before the Court on the Motion of former state and federal judges to file a brief *amicus curiae* in support of Defendant Hannah C. Dugan's pending motion to dismiss the indictment in this case.

Upon consideration of *Amici*'s Motion, the consent of the Defendant and her counsel, the relevant facts and law, and the entire record of this case,

**IT IS HEREBY ORDERED** that *Amici*'s Motion for leave to file an *amicus* brief is **GRANTED** and the Clerk of the Court shall accept the *amicus curiae* brief attached to the Motion as filed May 30, 2025, *nunc pro tunc*.

**SO ORDERED** this \_\_ day of _____, 2025.

                                                    Hon. Nancy Joseph
                                                    United States Magistrate Judge