**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| United States of America, | Case No. 2:25-cr-00089 |
| v. | |
| Hannah C. Dugan | Hon. Lynn Adelman |
| Defendant. | |

**NOTICE OF APPEARANCE OF TR EDWARDS**

PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for *Amici* former state and federal judges in this action and hereby requests notice of all proceedings and copies of all pleadings be served upon him at the address set forth below.

Dated: May 30, 2025.

                                               */s/ TR Edwards*
                                               Jeffrey A. Mandell, SBN 1100406
                                               TR Edwards, SBN 1119447
                                               LAW FORWARD, INC.
                                               222 West Washington Avenue, Suite 680
                                               Madison, Wisconsin 53703
                                               jmandell@lawforward.org
                                               tedwards@lawforward.org
                                               608.285.2485

                                               *Attorneys for Amici former state and federal judges*

1