UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                                     Case No. 25-CR-89 (LA)

HANNAH C. DUGAN,

          Defendant.

## JURY QUESTIONNAIRE

The information you provide in this questionnaire will be provided to the Court and the attorneys for both sides in this case. Please answer the following questions as completely as possible, in clear, legible writing or printing.

Because completion of this questionnaire is part of the jury selection process, the answers must be your own and are made subject to your oath as a juror to respond fully and truthfully.

Your name and information will <u>not</u> be disclosed publicly.

Juror No: _____

Name: _____

1. Can you read and understand English easily? ❏ Yes ❏ No

2. Are you employed? ❏ Yes ❏ No

   If yes, what is your occupation? If retired, what was your prior occupation?

   _____

3. Have you or any of your relatives or close friends ever had any interaction with the FBI, the United States Department of Justice, or the United States Attorney's Office for the Eastern District of Wisconsin? ❏ Yes ❏ No

   If so, what was the nature of the interaction? When did it occur?

   _____

   _____

   _____

   As a result of the interaction, have you formed any opinions about these agencies that might affect your review of evidence they will present in this case? ❏ Yes ❏ No

   If so, please explain.

   _____

   _____

   _____

4. The defendant is accused of seeking to prevent federal law enforcement from executing an arrest warrant for an individual who was not lawfully in the United States in a public hallway at the Milwaukee County Courthouse on April 18, 2025. The indictment in this case arises from that incident.

   a. Have you read or heard anything about this case or the defendant from any source, such as a newspaper, television or radio, the internet, social media, or another person? ❏ Yes ❏ No

   If so, what have you heard or read?

Juror No: _____

_____

_____

_____

    b.      Have you formed any impression or opinion regarding this case?  ❏ Yes   ❏ No

        If so, what impression or opinion?

_____

_____

_____

5.      Do you have any strong feelings for or against the federal government, the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Customs & Border Protection (CBP), FBI, or DEA?  ❏ Yes   ❏ No

        If so, please explain those feelings.

_____

_____

_____

6.      Do you have any strong feelings regarding whether the federal government should be involved in immigration enforcement or whether state court officials should be entitled to disregard federal laws with which they may disagree?  ❏ Yes   ❏ No

        If so, please explain those feelings and whether they would affect your review of evidence in this case?

_____

_____

_____

7.      Have you participated in any protests, demonstrations, or marches for or against federal immigration enforcement efforts?  ❏ Yes   ❏ No

Juror No: _____

If so, please explain:

_____

_____

_____

8. Have you or any close friends or relatives ever held or applied for any jobs in any area of the judicial system, legal system, or law enforcement? ❏ Yes ❏ No

If so, what was that job? Who held it? When? Where? Are you or that friend or relative still in that job?

_____

_____

_____

9. The attorneys who have appeared for the United States in this matter are Richard G. Frohling, Kelly B. Watzka, Keith S. Alexander, and Timothy W. Funnell. The case agents from the FBI are Lindsay Schloemer and Erin Lucker. Have any of you had any prior contact with or connection to any of them? ❏ Yes ❏ No

If so, what was the nature of the contact or connection? Would that affect your review of evidence they presented or arguments they made?

_____

_____

_____

10. The defendant in this case is Hannah C. Dugan, and her attorneys are Steven M. Biskupic of the Steven Biskupic Law Office LLC; Jason D. Luczak and Nicole M. Masnica of Gimbel Reilly Guerin & Brown LLP; Dean A. Strang, John H. Bradley, Randal R. Resch II, and William E. Grau of Strang Bradley LLC; Paul D. Clement of Clement & Murphy PLLC; and Craig Mastantuono of Mastantuono, Coffee & Thomas. Have you, any close friend, or any relative had any prior contact with or connection to the defendant, any of her attorneys, or any individual, group, or entity soliciting money to pay for the defendant's representation in this case? ❏ Yes ❏ No

If so, what was the nature of the contact or connection? Would that affect your review of evidence presented or any arguments made in this case?

4

Case 2:25-cr-00089-LA-NJ    Filed 06/09/25    Page 4 of 6    Document 30-1

Juror No: _____

_____

_____

_____

11.     The jury is the judge of the facts while the judge decides the law. The judge will instruct the jurors on the law that must be applied to the facts of the case. Are you willing to follow the judge's instructions on the law? If you had opinions on what the law should be and your opinions are different from the judge's instructions, do you think you would refuse, or even hesitate, to follow the instructions? If so, please explain.

_____

_____

_____

_____

12.     Do you have any religious, moral, or other beliefs that would prevent you from judging the conduct of another person or that would otherwise prevent you from being a fair and impartial juror in this case? ❏ Yes  ❏ No

If so, please explain:

_____

_____

_____

13.     Have you or has a relative or a close friend ever been accused of a crime, been the victim of a crime, or been a witness to a crime? ❏ Yes  ❏ No

If so, please explain and indicate whether that experience would affect your ability to serve as an impartial juror in this case.

_____

_____

_____

_____

Juror No: _____

14. Have you or has a relative or a close friend ever been a party or witness or been affected by federal immigration proceedings? ❏ Yes ❏ No

If so, please explain and indicate whether that experience would affect your ability to serve as an impartial juror in this case.

_____

_____

_____

_____

15. Have you ever served as a juror in the trial of a criminal case in either state or federal court? ❏ Yes ❏ No

If so, please explain the nature of the case and whether you reached a verdict.

_____

_____

_____

_____

16. Can you think of any other matter that I have not asked about that would have some bearing on your qualifications to sit as a juror in this case or that may prevent you from rendering a fair and impartial verdict? ❏ Yes ❏ No

If so, please explain.

_____

_____

_____