UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                                                                           Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

_____

### DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM

_____

Defendant Judge Dugan retroactively moves the Court for an order allowing her to file an oversized memorandum in support of her motion to dismiss. CIVIL L.R. 7(f); *see* ECF Nos. 15 (motion to dismiss) and 21 (supporting memorandum).

The Court's Pretrial Order set a 30-page limit for memoranda supporting pretrial motions by incorporating CIVIL L.R. 7(f). Dugan's counsel, who wrote the memorandum supporting her motion to dismiss, failed to see this portion of the Court's order. They were not the same lawyers who appeared for her at the arraignment, though they nevertheless should have seen the Court's order.

Judge Dugan respectfully requests that the Court retroactively grant her leave to file an oversized memorandum. The memorandum, excluding the caption and signature block, is about 35 pages. Fortunately, the government was able to address all of the memorandum's arguments in its response brief. ECF No. 28 at 3, n.1.

The extra five pages are necessary here because of the novelty and importance of the issues raised in the motion, judicial immunity, the Tenth Amendment, and constitutional avoidance. As both parties have observed, there are very few federal prosecutions of state court judges. Full argument requires a survey of the common law, state court cases, out-of-circuit cases, and Supreme Court cases involving other types of official immunity, like civil judicial immunity and presidential immunity.

In the alternative, Judge Dugan requests that the Court accept the attached 29-page version of Defendant's Memorandum Supporting Motion to Dismiss, which is in compliance with CIVIL L.R. 7(f) and GENERAL L.R. 5(a)(6). The attached version is the same as the originally filed version (ECF No. 21), except the body of the document is in 12-point Times New Roman font (instead of 13-point Book Antiqua).

Judge Dugan will not be filing a memorandum in support of this motion. Counsel assures the Court that the reply brief will not exceed the 15-page limit.

Dated at Madison, Wisconsin, June 11, 2025.

Respectfully submitted,

HON. HANNAH C. DUGAN, *Defendant*

 s/ Dean A. Strang
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
William E. Grau
Wisconsin Bar No. 1117724
Dean A. Strang
Wisconsin Bar No. 1009868

2

STRANG BRADLEY, LLC
613 Williamson Street., Suite 204
Madison, Wisconsin  53703
(608) 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com

                                          Steven M. Biskupic
                                          Wisconsin Bar No. 1018217

STEVEN BISKUPIC LAW OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com

                                          Jason D. Luczak
                                          Wisconsin Bar No.  1070883
                                          Nicole M. Masnica
                                          Wisconsin Bar No. 1079819

GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
(414) 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com