# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
         **Plaintiff,**

**v.**                                                    **Case No. 25-CR-89**

**HANNAH C. DUGAN**
         **Defendant.**

---

## <u>SCHEDULING ORDER</u>

**IT IS ORDERED** that this matter is scheduled for telephonic status on **<u>Wednesday, June 18, 2025, at 11:15 a.m.</u>**

Dated at Milwaukee, Wisconsin, this 11th day of June, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge