UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                               Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

_____

## DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING MOTION TO DISMISS

_____

Defendant Judge Hannah Dugan, through undersigned counsel, hereby formalizes her motion for reconsideration of the Court's determination on the motion to dismiss. (Dkt. 48). As set forth in open Court at the hearing on September 3, 2025, the Defendant intends and herein does renew her challenge to the case against her based on judicial immunity for official acts, the Tenth Amendment, and the other issues previously raised. Moreover, the Defendant intends and the Court at the hearing so acknowledged, that by pursuing trial, the defense does not abandon, forfeit, or otherwise waive its ability to revisit the issues raised in the prior motion to dismiss, whether as a motion to reconsider under the standards of Fed.R.Crim.P. 12 or as a new motion under Fed.R.Crim.P. 29.

No further brief is submitted at this time.

Dated this 4th day of September, 2025.

Respectfully submitted,

HON. HANNAH C. DUGAN, *Defendant*

*s/ Steven M. Biskupic*
Steven M. Biskupic
Wisconsin Bar No. 1018217

STEVEN BISKUPIC LAW OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com

*s/ Dean A. Strang*
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
William E. Grau
Wisconsin Bar No. 1117724
Dean A. Strang
Wisconsin Bar No. 1009868

STRANG BRADLEY, LLC
613 Williamson Street., Suite 204
Madison, Wisconsin 53703
(608) 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com

s/ *Jason D. Luczak, Nicole M. Masnica*
Jason D. Luczak
Wisconsin Bar No.  1070883
Nicole M. Masnica
Wisconsin Bar No. 1079819


GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
(414) 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com

3