**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 11/6/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 10:01 |
| Proceeding: in court hearing | Time Concl: 10:18 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Court directs 50 more questionnaires be sent out.
Parties to submit list of proposed strikes for cause by 11/12/25.
Court will review, set date prior to FPT as necessary.