# Opinion Offered Pursuant to Fed.Crim.R. 16 In United States v. Dugan, 25-Cr-89 (E.D.Wis.)

**1. Question Presented:**

Based on your training and experience as an attorney specializing in the field of immigration law, what is the nature and extent of removal proceedings conducted before the Department of Homeland Security after the issuance of Forms I-860 and/or I-871?

**2. A complete statement of the opinion/answer set forth by the witness:**

There are no "removal proceedings" after the issuance of a Form I-860 and/or Form I-871. A removal proceeding is a term used in immigration law defined by 8 USC §1229a (INA §240). An alien is placed into removal proceedings by the issuance and proper filing of an I-862, commonly known as a Notice to Appear ("NTA"), by the Department of Homeland Security. This NTA must be served on the alien and on the immigration court. As long as the NTA is not facially deficient, the immigration court accepts the NTA and removal proceedings begin.

By contrast, when an alien is issued and served a Form I-860, commonly known as a Notice and Order of Expedited Removal, there are no removal proceedings. This document is issued when an alien is determined by an immigration officer to be inadmissible under certain specific inadmissibility statutes. See 8 USC §1225(b)(1) (INA §235(b)(1)). Upon an officer making that determination, they serve the document on the alien, and the alien is detained and removed from the country without further hearings or proceedings. They never appear before another party or tribunal, and there is no second party involvement with the removal because the issuance of a

Form I-860 marks the *end* of expedited removal proceedings, as described 8 USC §1225(b)(1). That document contains the written findings and order of an Immigration Officer.

Further, the Code of Federal Regulations specifically state:

> **No entitlement to hearings and appeals.** Except as otherwise provided in this section, such alien [who is served a Form I-860] is not entitled to a hearing before an immigration judge in proceedings conducted pursuant to section 240 of the Act, or to an appeal of the expedited removal order to the Board of Immigration Appeals. 8 CFR §235.3(b)(2)(ii)[1]

Similarly, when an alien is issued a Form I-871, commonly known as a Notice of Intent/Decision to Reinstate Prior Order, there are no removal proceedings. This document is issued when an immigration officer finds that an alien has reentered the United States illegally after having been previously removed. Once the officer makes the finding, they issue and serve the Form I-871 on the alien, who is then not eligible to reopen or review the original removal order or apply for relief from removal. See 8 USC §1231(a)(5) (INA §241(a)(5)); 8 CFR § 241.8. Again, they never appear before another party or tribunal, and there is no second party involvement with the removal.

The issuance of a Form I-200 does not change any of the above. That document is an administrative warrant and does not explain any of the alien's immigration history or rights to future proceedings. The issuance of a Form I-205 would indicate an alien has a prior order of

---

[1] The "except as otherwise provided" phrase refers to an exception for permanent residents, asylees, and refugees. See 8 CFR §235.3(b)(5).

removal, and is therefore subject to reinstatement of a prior order of removal. If that document were issued, once the alien is detained they should be provided a Form I-871 and removed from the United States without further proceedings.

Finally, if an alien claims a fear of return to their country, or if the Department of Justice decides to charge an alien with the crime of reentry after removal in violation of 8 USC §1326(a)(2), other proceedings will commence. In the former case, if an alien claims fear of return to their country, a credible fear interview must be conducted by US Citizenship and Immigration Services. In the latter case, a criminal case begins against the alien. In either, or both, of these situations, however, there are no removal proceedings as defined under immigration law. The former is a new proceeding only initiated if and when an alien claims fear of return to their country, and the latter is a new federal criminal proceeding.

In conclusion, when an alien is issued a Form I-860 and/or Form I-871, there are no removal proceedings or any subsequent proceedings involving a second party, tribunal, or agency..

**3. The bases for that opinion/answer (including materials reviewed and relied upon pertinent to this matter):**

This opinion is based on my 15 years of experience practicing immigration law, along with a review of the plain text of the statutes 8 USC §1225 (INA §235), 8 USC §1229a (INA §240), and 8 USC §1231 (INA §241), and regulations 8 CFR §235.3 and 8 CFR §241.8.

I have also reviewed the Form I-200 issued for Eduardo Flores Ruiz, I-205 issued for Eduardo Flores Ruiz, I-860 issued for Eduardo Flores Ruiz, I-871 issued for Eduardo Flores Ruiz, the ICE Field Operations Worksheet issued for Eduardo Flores Ruiz, the indictment in US v. Hannah Dugan 25-CR-89 (E.D. Wis.), and the plea agreement for the case US v. Eduardo Flores Ruiz 25-CR-80 (E.D. Wis.).

**4. Qualifications of the witness:**

See Attached CV. I have not previously testified in trial or a deposition.

**5. Compensation**

Pro Bono

# Theodore Chadwick

3920 W National Ave, West Milwaukee, WI 53215 • (414) 643-5676 • teddy@fccimmigrationlaw.com

**EDUCATION/CERTIFICATION**

*Member, Wisconsin State Bar*                      Bar Number 1095431           2014-Present
*Member, California State Bar (inactive)*          Bar Number 266893            2009-Present

*Professional Memberships*
- American Immigration Lawyers Association (AILA) 2014-2025
  - Chair, Family Immigration Track of the AILA Annual Conference 2024
  - Chair, Wisconsin Chapter of AILA 2021-2022
  - Vice-Chair, Wisconsin Chapter of AILA 2020-2021
  - Treasurer, Wisconsin Chapter of AILA 2019-2020
  - Secretary, Wisconsin Chapter of AILA 2018-2019
  - Member, Board of Governors of AILA 2020-present
  - Chair, Steering Committee of the New Members Division of AILA 2020-2021
  - Vice-Chair, Steering Committee of AILA University 2020-2021

*University of California, Hastings College of the Law*     San Francisco, CA    2006 – 2009
J.D. – Criminal Concentration
- Honors and Achievements
  - Completed criminal law concentration, including over 30 units of criminal law related units
  - Student Body Internal Vice President
  - Moot Court Teaching Assistant

*University of Southern California*                         Los Angeles, CA      2002 – 2005
B.A. Cum Laude     Major – Political Science; Minor – Business; Minor - Economics
- Honors and Achievements
  - Graduated *Cum Laude* in 3 ½ years
  - Dean's List for Six Semesters
  - President, USC Theta Xi Fraternity
  - Blackstonian's, USC Pre-Law Society
  - Order of Omega Greek Honor's Society
  - Golden Key Honor's Society

**EMPLOYMENT**

*Shareholder and Secretary, Fernandez Chadwick & Crouse, S.C.*    Milwaukee, WI    2024-Present
*Shareholder and CEO, Chadwick & Crouse, S.C.*                                     2020-2023
- Attorney for family immigration, humanitarian immigration, and deportation defense cases, including over 200 appearances before the immigration court in removal proceedings, and over 1,000 applications filed before U.S. Citizenship and Immigration Services.
- Co-managed with partners in charge of legal and ethical compliance, finances and billing, marketing, and other managerial work.

*Partner – Family Immigration & Deportation Defense, Grzeca Law Group, S.C.*       2017-2020
*Family Team Lead Attorney, Grzeca Law Group, S.C.*              Milwaukee, WI    2014-2017
- Team lead for the family immigration team.
- Lead counsel on firm's family immigration, deportation defense, and criminal cases.
- Assist corporate immigration teams with foreign visas, EB-5, and federal litigation.
- Assist in marketing, social media, and community outreach for the firm.

- Volunteer and pro-bono attorney for the Marquette Volunteer Legal Clinic and the AILA Military Assistance Program.

*Managing Partner, Chadwick, Hwu & Huang, LLP*  *Alhambra, CA*  2011-2013
- Managing partner to Chadwick, Hwu & Huang, in charge of legal and ethical compliance, finances and billing, marketing, and other managerial work.
- Lead counsel on immigration, deportation defense, and criminal cases taken on by the firm.
- Assist others business transactional, litigation, divorce, and bankruptcy cases.
- Member of the Alhambra Chamber of Commerce

*Associate Attorney, Erickson Law Firm*  *Century City, CA*  2010
- Advised clients in legal matters within the entertainment industry.
- Wrote, reviewed, and negotiated contracts for producers, writers, and others in the entertainment industry.
- Assisted in the preparation of business filings for the secretary of state's office and intellectual property filings for the copyright and trademark office.
- Maintained video and written blog about updates in entertainment law for firm's website.

*Law Clerk, LA County DA's Office – Criminal Trials 15*  *Los Angeles, CA*  2009 –2010
- Wrote and prepared various legal motions.
- Compiled office memoranda about legal research I conducted.
- Translated phone calls and messages from Spanish to English.

*Law Clerk, Alameda County DA's Office*  *Oakland, CA*  2009
- Completed a misdemeanor jury trial.
- Completed over 10 preliminary hearings and approximately 10 misdemeanor motions.
- Aided in gathering witnesses and completing discovery requests.

*Law Clerk, LA County DA's Office – Criminal Division*  *Pasadena, CA*  2008
- Made over 30 court appearances including 18 preliminary hearings, multiple motions to suppress, a probation violation hearing, and multiple general calendar appearances.
- Conducted specialty preliminary hearings, including gang and three strikes cases.
- Aided in gathering witnesses and completing discovery requests.

**PRESENTATIONS, SEMINARS & APPEARANCES**

*Advanced Crimmigration: Asylum Seekers*  Nov. 2024
- CLE Presented to the Wisconsin State Public Defender Conference 2024 Milwaukee, WI

*The Business of Practicing Business Immigration Law 101: Things I Wish I Knew When I Started Practicing*  Jun. 2024
- CLE Presented to the American Immigration Lawyers Association Annual Conference Chicago, IL

*Complex I-751 Petitions to Remove Conditions on Residency*  Jun. 2022
- CLE Presented to the American Immigration Lawyers Association Annual Conference New York, NY

*Complex I-751 Petitions to Remove Conditions on Residency*   Jun. 2022
- CLE Presented to the American Immigration Lawyers Association Annual Conference
  New York, NY

*Nuts & Bolts of Immigration Law*   Mar. 2022
- CLE Presented to the St. Thomas More Lawyer's Society of Wisconsin
  Milwaukee, WI

*Defining and Defending Bona Fide Marriages*   Jun. 2021
- CLE Presented to the American Immigration Lawyers Association Annual Conference
  Virtual Conference

*Información Sobre DACA*   Jul. 2021
- Presented Virtually with the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Información Sobre Carga Pública*   May 2021
- Presented Virtually with the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Información Sobre DACA*   Feb. 2021
- Presented Virtually with the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Removal 102*   Jul. 2020
- CLE Presented to the American Immigration Lawyers Association Annual Conference
  Virtual Conference

*Taller Inmigratorio*   May 2020
- Presented Virtually with the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Immigrant Know Your Rights*   Jul. 2019
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Introduction to Family Immigration*   Jun. 2019
- CLE Presented to the American Immigration Lawyers Association Annual Conference
  Orlando, FL

*Immigrant Know Your Rights*   Apr. 2019
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Immigrant Know Your Rights*   Dec. 2018
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Nuts & Bolts of Immigration Law*   *Dec. 2018*
- CLE Presented to the Wisconsin State Bar
  Milwaukee, WI

*Immigrant Know Your Rights Workshop*   *Oct. 2018*
- Presented to Centro Hispano of Dane County
  Madison, WI

*Non-Employment Immigration Options for International Students*   *Oct. 2018*
- Presented to International Students at UW Madison
  Madison, WI

*Updates on Public Charge Changes*   *Oct. 2018*
- Presented to the Mexican Consulate Staff of Milwaukee
  Milwaukee, WI

*Introduction to Immigration Law*   *Oct. 2018*
- Presented to Legal Aid of Milwaukee
  Milwaukee, WI

*Immigrant Know Your Rights*   *Sep. 2018*
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*How to Survive Your First Year as an Immigration Lawyer*   *Jun. 2018*
- CLE Presented to the American Immigration Lawyers Association Annual Conference
  San Francisco, CA

*Immigrant Know Your Rights*   *May 2018*
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Immigration Rights & Legal Issues*   *Apr. 2018*
- Presented to Reach Dane
  Madison, WI

*Immigrant Know Your Rights*   *Apr. 2018*
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Immigration Options*   *Feb. 2018*
- Presented to the Wisconsin Nursery and Landscape Association
  West Allis, WI

*Immigration Issues for Victims*   *Nov. 2017*
- Presented to the End Abuse Conference
  Green Bay, WI

*What Non-Immigration Attorneys Should Know About Immigration Law*     *Oct. 2017*
- Presented to the State Bar Solo & Small Firm Conference
  Milwaukee, WI

*Options for Students after Graduation*     *Oct. 2017*
- Presented to Fox Valley Technical College
  Appleton, WI

*Immigrant Know Your Rights*     *Oct. 2017*
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*DACA Know Your Rights and Immigration Options*     *Sep. 2017*
- Presented to Marquette University International Students
  Milwaukee, WI

*Immigrant Know Your Rights*     *Sep. 2017*
- Presented to Iglesia La Voz de Dios
  Milwaukee, WI

*Immigrant Know Your Rights*     *Aug. 2017*
- Presented to the Mexican Consulate of Milwaukee
  Milwaukee, WI

*Immigrant Know Your Rights*     *May. 2017*
- Presented to Centro Hispano of Dane County
  Madison, WI

*Options for Students after Graduation*     *May 2017*
- Presented to University of Wisconsin Eau Claire
  Eau Claire, WI

*Immigrant Know Your Rights*     *Apr. 2017*
- Presented to the United Community Center
  Milwaukee, WI

*Immigrant Know Your Rights*     *Mar. 2017*
- Presented to Nativity Jesuit School
  Milwaukee, WI

*Immigrant Know Your Rights*     *Mar. 2017*
- Presented to St. Rafael Church
  Milwaukee, WI

*Immigrant Know Your Rights*     *Mar. 2017*
- Presented to the United Community Center
  Milwaukee, WI

*Temporary Protected Status*                                                                 *Nov. 2015*
- Presented to International Student Advisors
  Rosemont, IL

*Temporary Protected Status*                                                                 *Sept. 2015*
- Presented to University of Wisconsin Milwaukee
  Milwaukee, WI

*Undocumented Students*                                                                      *Aug. 2015*
- Presented to TEAM UP College Access Center
  Milwaukee, WI

*Undocumented Students*                                                                      *Jun. 2015*
- Presented to the Great Lakes Higher Education Guaranty Corporation
  Madison, WI

*Undocumented Students*                                                                      *Apr. 2015*
- Presented to the Wisconsin Association of Student Financial Aid Administrators
  Elkhart Lake, WI

*Updates with the Executive Action Presentation (In Spanish)*                                *Feb. 2015*
- Presented to Members and Attendees of St. Thomas Church
  Newton, WI

*Updates with the Executive Action Presentation (In Spanish)*                                *Jan. 2015*
- Presented to Members and Attendees of St. Therese Church
  Appleton, WI

*Updates with the Executive Action Presentation (In Spanish)*                                *Jan. 2015*
- Presented to the public at Fiesta Mexicana Milwaukee
  Milwaukee, WI

*Updates with the Executive Action(In Spanish)*                                              *Jan. 2015*
- On Camera interview with Telemundo Milwaukee
  Milwaukee, WI

*Que Pasa Wisconsin (Updates with the Executive Action)*                                     *Jan. 2015*
- In Studio interview with Telemundo Milwaukee
  Milwaukee, WI

*Updates with the Executive Action (In Spanish)*                                             *Dec. 2014*
- Presented to Centro Hispano
  Madison, WI

*Removal and Deportation Defense Presentation (In Spanish)*                                  *Oct. 2014*
- Presented to Centro Hispano
  Madison, WI

*Information on Deferred Action for Childhood Arrivals (DACA)*      *Sep. 2014*
- Presented to the Green Bay College Access Group
  Green Bay, WI

*Renewal of Deferred Action for Childhood Arrivals (DACA)*      *Jul. 2014*
- Presented to Members and Attendees of St. Therese Church
  Appleton, WI

*When to Contact an Immigration Attorney (Immigration Consequences of Criminal Activity)*      *May 2014*
- Presented to the Wisconsin Association for International Educators (WAIE)
  Madison, WI

*Legal Information Students Must Know*      *Oct. 2013*
- Presented to the Theta Xi Fraternity
- Los Angeles, CA

*Basics of Adjustment of Status*      *Jul. 2013*
- Presented to East Los Angeles Hispanic Community
- Los Angeles, CA

*Basics of EB-5*      *Jun. 2013*
- Presented to Alhambra Chinese Community
- Alhambra, CA

*Basics of Asylum*      *May 2013*
- Presented to Alhambra Chinese Community
- Alhambra, CA

*Legal Information Students Must Know*      *Oct. 2012*
- Presented to the Theta Xi Fraternity
- Los Angeles, CA

*Legal Information Students Must Know*      *Oct. 2011*
- Presented to the Theta Xi Fraternity
- Los Angeles, CA

**PUBLICATIONS**

*The Business of Practicing Business Immigration Law: Things I Wish I Knew When I Started Practicing*
     Immigration Practice Pointers AILA 2024-2025 Edition

*Ethical Considerations in Dual Representation*
     Immigration Practice Pointers AILA 2022-2023 Edition

*Defining and Defending Bona Fide Marriages*
     Immigration Practice Pointers AILA 2021-2022 Edition

*Anatomy of a Removal Proceeding Removal 102*
    Immigration Practice Pointers AILA 2020-2021 Edition

*Introduction to Family Immigration*
    Immigration Practice Pointers AILA 2019-2020 Edition