UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. Case No. 2:25-Cr-89 LA

HANNAH C. DUGAN,

    Defendant.

## DEFENSE ADDITIONAL PROPOSED VOIR DIRE QUESTIONS

Defendant Hannah Dugan, by undersigned counsel, submits the following with respect to the voir dire of prospective jurors in the above-named case.

First, the parties have conferred on the continuing issue of pretrial publicity and have agreed on a short, additional one-page questionnaire to be presented to the jurors on the day they arrive for jury selection in the above-named case. The parties are prepared to discuss this document at the Final Pretrial Conference, but a draft of the proposed questions is included as an attachment to this filing.

Second, the Defense separately proposes the following additional questions to be orally presented to the jury panel during voir dire.

1. Has there been any change in your circumstances that warrant an update or amendment to the answers that you supplied in the prior questionnaires? For example, is there any change in employment for you or a family member that would result in a change to any of the answers that you previously provided?

1

2. Is there anyone who has any health problems—including hearing problems, vision problems, disabilities or medication issues—that would make it difficult for you to follow the anticipated court schedule, or to hear or see testimony and other evidence?

3. Is there any reason that any of you would not be able to serve as a juror through the remainder of this week, including deliberations that would follow?

4. Do any of you have any specialized knowledge of the law from any other source not previously listed your answers to the questionnaire?

5. Have any of you ever been to the Milwaukee County Courthouse? If so, when and for what reason?

6. Has any of you ever been a party to a lawsuit—in other words, have you ever sued anyone, or had someone sue you? If so, please tell us what kind of case?

7. Have any of you ever been a witness, including an expert witness, in any kind of proceeding where you testified under oath (including a deposition)? If so, please tell us about that experience.

8. Beyond what was previously set forth in your questionnaires, is there anyone who, because of particular feelings about our judicial system—including judges and lawyers—would not be able to serve as a fair and impartial juror in the case?

9. Here is a list of persons who may be mentioned in this case and/or possibly testify. Do any of you know such persons to a degree that would impact your ability to be a fair and impartial juror, such as through a personal friendship or work association? [List to be provided]

10. Is there any other reason not previously disclosed why you could not be fair and impartial juror in this case?

Respectfully submitted, this 25st day of November, 2025.

By: /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233


Jason D. Luczak
Wisconsin Bar No. 1070883
Nicole M. Masnica
Wisconsin Bar No. 1079819

GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
(414) 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com

John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
William E. Grau
Wisconsin Bar No. 1117724

3

Dean A. Strang
Wisconsin Bar No. 1009868

STRANG BRADLEY, LLC
613 Williamson Street., Suite 204
Madison, Wisconsin 53703
(608) 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com

*Counsel for Hannah Dugan*