AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

**UNITED STATES OF AMERICA**

V.

**HANNAH C. DUGAN**

## EXHIBIT AND WITNESS LIST

Case Number: 25-CR-89

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lynn Adelman | Richard G. Frohling<br>Kelly B. Watzka<br>Keith S. Alexander | Steven M. Biskupic<br>Jason D. Luczak<br>Nicole M. Masnica |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| December 15, 2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | | | ✓ | Arrest Warrant for Eduardo Flores-Ruiz (Form I-200) |
| 1B | | | | ✓ | Arrest Warrant for Eduardo Flores-Ruiz after execution (Form I-200) |
| 2 | | | | ✓ | Warrant of Removal for Eduardo Flores-Ruiz (Form I-205) |
| 3 | | | | | Notice of Intent / Decision to Reinstate Prior Order of Removal (Form I-871) |
| 4 | | | | | Record of Sworn Statement for Eduardo Flores-Ruiz |
| 5 | | | | | Email chain about registering for session about ICE enforcement in courthouses with Dugan response on April 1, 2025 |
| 6 | | | | | Email chain regarding ICE Taking People into Custody in Public Hallways with Dugan Response on April 8, 2025 |
| 7 | | | | | Email from Chief Judge Ashley (April 8, 2025) with ICE Interim Guidance |
| 8 | | | | | Email from Chief Judge Ashley to Milwaukee County Judges with Draft Policy (April 9, 2025) |
| 9 | | | | | Email from Chief Judge Ashley to Milwaukee County judges with edits in red (April 10, 2025) |
| 10 | | | | | Email from hannahdugan@aol.com to hannah.dugan@wicourts.gov forwarding sign for courtroom door (April 13, 2025) |
| 11 | | | | | Calendar for Courtroom 615 on April 18, 2025 (Office of State Courts) |
| 12 | | | | | Calendar for Courtroom 615 on April 18, 2025, with notes by Joan Butz |
| 13 | | | | | Email from Chief Judge Ashley to C. Kubiszewski with Draft Policy (April 18, 2025) |
| 14 | | | | | Email chain among judges about April 18 arrest with Dugan Response on April 21, 2025 |
| 15 | | | | | Milwaukee County Sheriff's Office Policy 1101 for Court Services |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | VS. | | | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | | | | Milwaukee County Sheriff's Office Policy 1103 for Public Safety Officers |
| 17 | | | | | Milwaukee County Sheriff's Office Policy 1106 for Security Screening Station Procedure |
| 18 | | | | | Diagram of Courtroom 615 and Northern Portion of Sixth Floor of Courthouse |
| 19A | | | | | Video of empty Courtroom 615 – Part 1 |
| 19B | | | | | Video of empty Courtroom 615 – Part 2 |
| 19C | | | | | Video of empty Courtroom 615 – Part 3 |
| 20 | | | | | Video of non-public hallway and stairwell |
| 21 | | | | | Video of non-public hallway to Judge Cervera's courtroom |
| 22 | | | | | Photograph of interior of Courtroom 615 |
| 23 | | | | | Photograph of interior of Courtroom 615 |
| 24 | | | | | Photograph of interior of Courtroom 615 |
| 25 | | | | | Photograph of interior of Courtroom 615 |
| 26 | | | | | Photograph of interior of Courtroom 615 |
| 27 | | | | | Photograph of public hallway from elevator toward chief judge's area |
| 28 | | | | | Photograph of public hallway |
| 29 | | | | | Photograph of sign on door to courtroom 615 |
| 30 | | | | | Photograph of sign on door to courtroom 615 |
| 31 | | | | | Photograph of non-public hallway |
| 32 | | | | | Photograph of non-public hallway |
| 33 | | | | | Photograph of area near door 615-1 |
| 34 | | | | | Photograph of area near door 615-1 |
| 35 | | | | | Photograph of entrance door to Chief Judge's area |
| 36 | | | | | Photograph of entrance door to Chief Judge's area |
| 37 | | | | | Photograph of hallway leading to Chief Judge's reception area |
| 38 | | | | | Photograph of public hallway taken from Chief Judge's area |
| 39 | | | | | Email to hannah.dugan@wicourts.gov from Judge Gramling-Perez on April 2, 2025 |
| 40 | | | | | Original DAR recordings from Office of State Courts |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 41 | | | | | Volume-adjusted recording Part 1 |
| 41A | | | | | Transcript of volume-adjusted recording Part 1 |
| 42 | | | | ✓ | Volume-adjusted recording Part 2 |
| 42A | | | | | Transcript of volume-adjusted recording Part 2 |
| 42B | | | | | Volume-adjusted recording Part 2 excerpt |
| 43 | | | | ✓ | Volume-adjusted recording Part 3 |
| 43A | | | | | 43A Transcript of volume-adjusted recording Part 3 |
| 44 | | | | ✓ | Email from hannah.dugan@wicourts.gov to hannahdugan@aol.com re digital audio recordings with attachments (April 14, 2025) |
| 45 | | | | ✓ | Field Operations Worksheet (FOW) for Arrest of Eduardo Flores-Ruiz |
| 46A | | | | ✓ | Photographs taken by Maura Gingerich - Photograph of SA Jackling and DO Vasconcellos |
| 46B | | | | | Photographs taken by Maura Gingerich - Photograph of SA Jackling and DO Vasconcellos |
| 46C | | | | | Photographs taken by Maura Gingerich - Photograph of SA Ayers |
| 46D | | | | | Photographs taken by Maura Gingerich - Photograph of Officer Zuraw |
| 46E | | | | | Photographs taken by Maura Gingerich - Photograph of SA Baker |
| 46F | | | | | Photographs taken by Maura Gingerich - Photograph of SA Ayers (side hallway) |
| 47 | | | published | | Demonstrative Chart |
| 48 | | | | ✓ | Timeline |
| 49 | | | | | NCIC for Eduardo Flores-Ruiz |
| 50 | | | | | (08.05.07am to 9.31.23am) Video from North Elevator facing North |
| 50A | | | | | (8.05.07am - 8.05.27am) Video of FBI Special Agents Jeff Baker and Phillip |
| 50B | | | | | (8.13.14am to 8.13.44am) Video of DEA Special Agent Janene Spitaletto arriving on Sixth Floor |
| 50C | | | | | (8.14.49am to 8.15.05am) Video of Walter Piel entering Courtroom 615 |
| 50D | | | | | (8.16.06am to 8.16.31am) Video of Special Agents Jackling and Baker entering Courtroom 615 |
| 50E | | | | | (8.18.17am to 8.18.43am) Video of Special Agents Baker and Jackling exiting Courtroom 615 |
| 50F | | | | | (8.21.08am to 8.21.47am) Video of Officers Vasconcellos and Zuraw arriving and Attorney Gingerich taking photos |
| 50G | | | | | (8.23.34am to 8.24.20am) Video of victims of EFR case arriving on Sixth Floor and entering courtroom |

| | | | | | |
|---|---|---|---|---|---|
| 50H | | | | | (8.25.04am to 8.26.10am) Video of Stephanie Garbo leaving office and entering elevator |
| 50I | | | | | (8.26.18am to 8.27.40am) Video of Judge Cervera leaving |
| 50J | | | | | (8.33.55am to 8.34.09am) Video of Brittany Ewing arriving on Sixth Floor |
| 50K | | | | | (8.38.54am to 8.39.18am) Video of Stephanie Garbo returning and Attorney de la Rosa arriving to Sixth Floor |
| 50L | | | | | (8.40.11am to 8.40.25am) Video of Judges Cervera and Dugan arriving on Sixth Floor |
| 50M | | | | | (8.43.17am to 8.45.18am) Video of Dugan talking with Special Agent Jackling and Officer Vasconcellos |
| 50N | | | | | (8.47.48am to 8.48.04pm) Video of EFR and Attorney de la Rosa exiting and walking south |
| 50O | | | | | (8.54.12am to 8.55.50am) Video of the arrest of A.M. on the Sixth Floor on April 18, 2025 |
| 50P | | | | | (8.57.01am to 8.57.14am) Video of Attorney Piel exiting Courtroom 615 with his client |
| 50Q | | | | | (8.57.45am to 8.58.14am) Video of Officers Vasconcellos and Zuraw leaving Sixth Floor |
| 51 | | | | | (8.13.24am to 9.30.52am) Video of Northern Most Portion of Sixth Floor |
| 51A | | | | | (8.23.42am to 8.24.13am) Video of Alan Freed talking with Attorney Gingerich |
| 51B | | | | | (8.28.38am to 8.28.42am) Video of Hendrix-Whitmore arriving at Courtroom 615 |
| 51C | | | | | (8.32.02am to 8.32.06am) Video of Hendrix-Whitmore leaving Courtroom 615 |
| 51D | | | | | (8.35.34am to 8.36.16am) Video of Alan Freed looking south down hallway |
| 51E | | | | | (8.43.15am to 8.43.42am) Video of Dugan after entering Sixth Floor |
| 51F | | | | | (8.44.54am to 8.45.16am) Video of Special Agents Baker and Ayers entering Chief Judge's area |
| 51G | | | | | (8.45.34am to 8.49.08am) Video of agents and Judge Cervera leaving Chief Judge's area |
| 51H | | | | | (09.27.22am to 9.30.53am) Video of Brittany Ewing with victims |
| 52 | | | | | (8.05.08am to 9.31.22am) Video from near Courtroom 615 facing South |
| 52A | | | | | (8.43.32am to 8.45.10am) Video of Dugan in southern portion of hallway |
| 52B | | | | | (8.47.42am to 8.48.46am) Video of Special Agents Ayers and Spitaletto following EFR |
| 52C | | | | | (8.38.53am to 8.39.05am) Video of de la Rosa arriving |
| 52D | | | | | (8.41.31am to 8.42.30am) Video of Flores Ruiz arriving and meeting counsel |
| 53 | | | | | (8.05.14am to 9.36.39am) Video from North Elevator facing South |
| 53A | | | | | (8.12.40am to 8.13.16am) Video of Special Agent Ayers and Spitaletto arriving |
| 53B | | | | | (8.14.34am to 8.14.49am) Video of Attorney Piel arriving |
| 53C | | | | | (8.22.21am to 8.22.53am) Video of Gingerich taking photo of Special Agent Ayers |
| 53D | | | | | (8.22.59am to 8.23.35am) Video of victims of EFR case arriving |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| 53E | | | | | (8.23.27am to 8.23.51am) Video of Officer Zuraw taking seat on bench |
| 53F | | | | | (8.25.46am to 8.26.12am) Video of Gingerich taking photo of Officer Zuraw |
| 53G | | | | | (8.33.46am to 8.33.58am) Video of Brittany Ewing arriving |
| 53H | | | | | (8.38.43am to 8.39.00am) Video of Attorney de la Rosa arriving |
| 53I | | | | | (8.39.51am to 8.40.12am) Video of Judge Cervera returning and Dugan arriving |
| 53J | | | | | (8.41.52am to 8.42.23am) Video of EFR arriving on Sixth Floor |
| 53K | | | | | (8.43.58am to 8.44.58am) Video of Dugan confronting Officer Zuraw |
| 53L | | | | | (8.47.15am to 8.49.33am) Video of EFR leaving and agents following |
| 53M | | | | | (9.34.33am to 9.36.02am) Video of Brittany Ewing and Nile Hendrix-Whitmore discussion |
| 54 | | | | | (8.15.07am to 9.36.10am) Video from far South Camera facing North |
| 54A | | | | | (8.48.22am to 8.49.11am) Video of agents following EFR |
| 55A | | | | | (7.30.39am to 7.31.30am) Video of Alan Freed entering private hallway at Door 615-1 |
| 55B | | | | | (8.10.56am to 8.11.23am) Video of Joan Butz entering private hallway at Door 615-1 |
| 55C | | | | | (8.40.14am to 8.40.26am) Video of Judges Cervera and Dugan entering private hallway at Door 615-1 |
| 55D | | | | | (8.43.16am to 8.43.31am) Video of Judges Dugan and Cervera exiting through Door 615-1 |
| 55E | | | | | (8.47.46am to 8.47.58am) Video of EFR and Attorney de la Rosa exiting private hallway |
| 56 | | | | | (8.38.52am to 8.39.33am) Video of E.F.R. entering the Milwaukee County Courthouse |
| 57 | | | | | (8.49.30am to 8.50.14am approx.) Video of E.F.R. and Attorney de la Rosa leaving past security check point with Special Agent Ayers following |
| 58 | | | | | (8.52.05am to 8.52.31am) Video of Special Agents Jackling, Baker, and Spitaletto leaving past a security check point |
| 59 | | | | | (8.56.28am to 8.56.50am approx.) Video of EFR fleeing from agents outside Courthouse |
| 60 | | | | | (8.56.43am to 8.59.15am) Video of the arrest of EFR across the street from the Courthouse |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | VS. | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | |

Page 4 of 4 Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.