UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.          Case No. 25-cr-89

HANNAH C. DUGAN,
    *Defendant.*

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE<br>Judge Lynn Adelman | | | | ATTORNEYS FOR PLAINTIFF<br>Richard G. Frohling<br>Kelly B. Watzka<br>Keith S. Alexander | | ATTORNEYS FOR DEFENDANT<br>Steven M. Biskupic<br>Jason D. Luczak<br>Nicole M. Masnica | |
|---|---|---|---|---|---|---|---|
| Trial Date(s) : December 15, 2025 | | | | | | | |
| Admitted | Published | Date | Pltf. No. | Ex. No. | Description | | Witness |
|  | ✓ |  |  | 1004A | Audio from Courtroom Channel 3 Mic, 21m47s to 22m20s) | | |
|  | ✓ |  |  | 1004B | Audio from Courtroom Channels 1,2,3,4,5 Mics, 4m47s to 5m20s | | |
|  | ✓ |  |  | 1005 | Transcript Comparison of Gov. Excerpt (GX 42A) | | |
|  | ✓ |  |  | 1006 | Transcript of excerpt - DX1004A (Audio from Mic 3) | | |
|  | ✓ |  |  | 1008 | Transcript Comparison of DX1006 and Gov. Ex 42A | | |
|  |  |  |  | 1004C | Audio from Channel 4 Mic, 7 min, 13 sec to 7 min, 32 sec | | |
| ✓ |  |  |  | 201 | Ashley Email with Press Release, 4.4.25 | | |

| | | | | | | # | Description | |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | | | | 202 | Kegel email re arrest in gallery 4.8.25 | |
| | | | | | | 203 | Judge Perez email re salient points 4.2.25 | |
| ✓ | | | | | | 204 | San Francisco Policy | |
| | | | | | | 205 | Email re Out of Office - Acting Chief App | |
| | | | | | | 206 | Vasconcellos Report | |
| | | | | | | 206A | Vasconcellos Report (Excerpt) | |
| | | | | | | 207 | Photograph of agent outside Cervera court | |
| ✓ | | | | | | 208 | Ashley Cell phone Screenshots | |
| | | | | | | 209 | Email to Kubiszewski with attachment | |
| ✓ | | | | | | 210 | National Judicial Network Powerpoint | |
| | | | | | | 211 | Carl Ashley email attachment (ICE Interim Guidance), 04.08.2025 - DOJ-DOC-PROD-001589 | |
| | | | | | | 212 | CJ email and Revised Draft Policy | |
| | | | | | | 213 | PP Ice Policy Slide (Policy 11072.3 re Civil Enforcement at Courthouses) | |
| | | | | | | 214 | County Courthouse Layouts | |
| | | | | | | 215 | Cervera entering vestibule with agents-8.44.16-8.44.37 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | X | X | 12/15 | | 216 | EFR exit and arresting agents hallway pursuit - Camera 4 (looking north) | Lucker |
| ✓ | X | X | 12/15 | | 217 | EFR exit and arresting agents hallway pursuit - Camera 10 (looking north) | Lucker |
| | | | | | 218 | EFR exit and arresting agents hallway pursuit - Camera 14 (looking south) | |
| | | | | | 218A | Zoom to Spitaletto | |
| | | | | | 219 | Mueller reacting to Agents leaving the hallway-Camera 10-8.44.42 | |
| | | | | | 220 | Mueller reacting to Agents leaving the hallway-Camera 14-8.45.11 | |
| ✓ | ✓ | | | | 221 | Video - Jury door to main hallway | |
| | | | | | 222 | Text - Vasconcellos to Slajus | |
| | | | | | 223 | 302 - Re-interview of Ashley - 12.08.2025 | |
| | | | | | 224 | 302 - Re-interview of Ayers - 12.02.2025 | |
| | | | | | 225 | 302 - Re-interview of Baker - 12.02.2025 | |
| | | | | | 226 | 302 - Re-interview of Buss - 12.08.2025 | |
| | | | | | 227 | 302 - Re-interview of Butz - 12.04.2025 | |
| | | | | | 228 | 302 - Re-interview of Cervera - 12.03.2025 | |
| | | | | | 229 | 302 - Re-interview of DeSmet - 12.05.2025 | |

|  |  |  |  | 230 | 302 - Re-interview of Gavin - 12.01.2025 |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 231 | 302 - Hendrix-Whitmore - 12.09.2025 |  |
|  |  |  |  | 232 | 302 - Re-interview of Kubiszewski -12.09.2025 |  |
|  |  |  |  | 233 | 302 - Re-interview of Nimtz - 12.03.2025 |  |
|  |  |  |  | 234 | 302 - Spitaletto DEA Report of Investigation - 12.02.2025 |  |
|  |  |  |  | 235 | 302 - Re-Interview of Vasconcellos - 12.01.2025 |  |
|  |  |  |  | 236 | 302 - Re-Interview of Vasconcellos 12.09.2025 |  |
|  |  |  |  | 237 | 302 - Re-Interview of Zuraw - 12.03.2025 |  |
|  |  |  |  | 238 | 302 - Re-Interview of Jackling - 12.02.2025 |  |
|  |  |  |  | 239 | 302- Re-Interview of Pook - 12.03.2025 |  |
|  |  |  |  | 240 | 2025CM000205 Cruz Garcia |  |
|  |  |  |  | 241 | WORCS Cruz Garcia |  |
|  |  |  |  | 250 | FD302 - Interview - Ayers-04.23.2025 |  |
|  |  |  |  | 251 | FD302 - Interview exhibit - Ayers-04.23.2025 |  |
|  |  |  |  | 252 | FD302 - Interview - Ayers-04.28.2025 |  |
|  |  |  |  | 253 | FD302 - Interview exhibit - Ayers-04.28.2025 |  |

| | | | | 254 | FD302 - Interview - Ayers-09.15.2025 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | 255 | FD302 - Interview - Baker-04.18.2025 | |
| | | | | 256 | FD302 - Interview - Baker-09.15.2025 | |
| | | | | 257 | FD302 - Interview - Jackling-04.18.2025 | |
| | | | | 258 | FD302 - Interview - Jackling-04.24.2025 | |
| | | | | 259 | FD302 - Interview - Jackling-09.15.2025 | |
| | | | | 260 | FD302 - Interview - Spitaletto-04.23.2025 | |
| | | | | 261 | FD302-Interview exhibits-Spitaletto-04.23.2025 | |
| | | | | 262 | FD302 - Interview - Spitaletto-09.16.2025 | |
| | | | | 263 | FD302 - Interview - Vasconcellos-04.18.2025 | |
| | | | | 264 | FD302 - Interview - Vasconcellos-09.15.2025 | |
| | | | | 265 | FD302 - Interview - Zuraw-04.22.2025 | |
| | | | | 266 | FD302 - Interview exhibit - Zuraw-04.22.2025 | |
| | | | | 267 | FD302 - Interview - Zuraw-09.15.2025 | |
| | | | | 268 | FD302 - Interview - Buss-04.21.2025 | |
| | | | | 269 | FD302-Interview exhibits-Buss-04.21.2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 270 | FD302 - Interview - Buss-09.10.2022 | |
| | | | | 271 | FD302 - Interview - Hendrix Whitmore-04.22.2025 | |
| | | | | 272 | FD302 - Interview - Hendrix Whitmore-05.01.2025 | |
| | | | | 273 | FD302 - Interview - Milder-04.22.2025 | |
| | | | | 274 | FD302 - Interview exhibit - Milder-04.22.2025 | |
| | | | | 275 | FD302 - Interview - Muller-04.23.2025 | |
| | | | | 276 | FD302 - Interview - Krejci-04.23.2025 | |
| | | | | 277 | FD302 - Interview - Toran-04.23.2025 | |
| | | | | 278 | FD302 - Interview - DeSmet-04.23.2025 | |
| | | | | 279 | FD302 - Interview - Plaisted-04.23.2025 | |
| | | | | 280 | FD302 - Interview - Ewing-04.23.2025 | |
| | | | | 281 | FD302 - Interview exhibit - Ewing-04.23.2025 | |
| | | | | 282 | FD302 - Interview - Forrestal-04.23.2025 | |
| | | | | 283 | FD302 - Interview - Amaya-04.23.2025 | |
| | | | | 284 | FD302-Interview exhibit 1-Amaya-04.23.2025 | |
| | | | | 285 | FD302-Interview exhibit 2-Amaya-04.23.2025 | |

|  |  |  |  | 286 | FD302 - Interview - Amaya-09.18.2025 |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 287 | FD302 - Interview - Piel-04.23.2025 |  |
|  |  |  |  | 288 | FD302 - Interview - Piel-09.11.2025 |  |
|  |  |  |  | 289 | FD302 - Interview - Valverde-04.24.2025 |  |
|  |  |  |  | 290 | FD302 - Interview - Freed-04.24.2025 |  |
|  |  |  |  | 291 | FD302-Interview exhibits-Freed-04.24.2025 |  |
|  |  |  |  | 292 | FD302 - Interview - Freed-05.13.2025 |  |
|  |  |  |  | 293 | FD302 - Interview - Freed-06.11.2025 |  |
|  |  |  |  | 294 | FD302 - Interview - Fabian-04.29.2025 |  |
|  |  |  |  | 295 | FD302 - Interview - Ashley-05.02.2025 |  |
|  |  |  |  | 296 | FD302-Interview exhibits-Ashley-05.02.2025 |  |
|  |  |  |  | 297 | FD302 - Interview - Conlon-05.05.2025 |  |
|  |  |  |  | 298 | FD302 - Interview - Butz-05.05.2025 |  |
|  |  |  |  | 299 | FD302 - Interview exhibit - Butz-05.05.2025 |  |
|  |  |  |  | 300 | FD302 - Interview - Butz-05.27.2025 |  |
|  |  |  |  | 301 | FD302 - Interview - Cervera-05.06.2025 |  |

|  |  |  |  | 302 | FD302 - Interview exhibit 1-Cervera-05.06.2025 |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 303 | FD302 - Interview exhibit 2-Cervera-05.06.2025 |  |
|  |  |  |  | 304 | FD302 - Interview exhibit 3-Cervera-05.06.2025 |  |
|  |  |  |  | 305 | FD302 - Interview - Flores Ruiz-05.08.2025 |  |
|  |  |  |  | 306 | FD302 - Interview exhibit - Flores Ruiz-05.08.2025 |  |
|  |  |  |  | 307 | FD302 - Interview - Pook-05.28.2025 |  |
|  |  |  |  | 308 | Declaration-de la Rosa-05.12.2025 |  |
|  |  |  |  | 309 | FD302 - Interview - de la Rosa-06.03.2025 |  |
|  |  |  |  | 310 | FD302 - Interview exhibit - de la Rosa-06.03.2025 |  |
|  |  |  |  | 311 | FD302 - Interview - Kubiszewski-09.18.2025 |  |
|  |  |  |  | 312 | FD302 - Interview - Garbo-10.02.2025 |  |
|  |  |  |  | 313 | Declaration-Gingerich-05.12.2025 |  |
|  |  |  |  | 314 | Declaration-Mathias-05.12.2025 |  |
|  |  |  |  | 315 | Declaration-Mueller-05.12.2025 |  |
|  |  |  |  | 316 | FD302 - Interview - Kubiszewski-04.24.2025 |  |
|  |  |  |  | 317 | FD302 - Interview - Desmet-11.07.2025 |  |

| | | | | | 318 | FD302 - Interview - Gavin- 10.29.2025 | |
|---|---|---|---|---|---|---|---|
| | | | | | 319 | FD302 - Interview - Milton- 10.29.2025 | |
| | | | | | 320 | FD302-Interview - Ewing - 11.19.2025 | |
| | | | | | 321 | FD302-Interview - Gavin - 11.19.2025 | |
| | | | | | 322 | FD302-Interview - Hendrix-Whitmore - 11.20.2025 | |
| | | | | | 323 | FD302-Interview - Milton - 11.25.2025 | |
| | | | | | 324 | FD302-Interview - Nimtz - 11.18.2025 | |
| | | | | | 325 | DEA6 - Spitaletto - 4.25.2025 | |
| | | | | | 326 | FD302-Phone screenshot-Ayers-04.23.2025 | |
| | | | | | 327 | FD302-Signal-Ayers-04.23.2025 | |
| | | | | | 328 | FD302-Signal-Baker-04.21.2025 | |
| ✓ | | | | | 329 | FD302-Signal-Jackling-04.18.2025 | |
| | | | | | 330 | FD302-Signal-Zuraw-04.22.2025 | |
| | | | | | 331 | FD302-Phone screenshots-Zuraw-04.22.2025 | |
| | | | | | 332 | FD302-Text-Ayers to Spitaletto-04.23.2025 | |
| ✓ | | | | | 333 | FD302-Text-Baker to Vasconcellos-04.21.2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 334 | FD302-Text-Baker to Jackling-04.21.2025 | |
| | | | | 335 | FD302-Text-Baker to Dring-04.21.2025 | |
| | | | | 336 | FD302-Text-Jackling to Baker-04.18.2025 | |
| | | | | 337 | FD302-Text-Spitaletto to Vasconcellos-04.23.2025 | |
| | | | | 338 | FD302-Text-Vasconcellos to Baker-04.18.2025 | |
| | | | | 339 | FD302-Text-Vasconcellos to Spitaletto-04.18.2025 | |
| | | | | 340 | Phone screenshot-Ayers-04.23.2025 | |
| | | | | 341 | Photographs-Public defenders-04.18.2025 | |
| | | | | 342 | Photographs-FBI courthouse-04.24.2025 | |
| | | | | 343 | Photographs-FBI courthouse-04.24.2025 | |
| | | | | 344 | Photographs-Courtroom sign & 609 vestibule-04.21.2025 | |
| | | | | 345 | Hendrix-Whitmore approaching Judge Ramos' court-Camera 4-8.47.23-8.48.46 | |
| | | | | 346 | Hendrix-Whitmore approaching Judge Ramos' court-Camera 14-8.47.20-8.48.43 | |
| | | | | 347 | Hendrix-Whitmore entering Judge Ramos' court-Camera 3-8.47.40-8.51.30 | |
| | | | | 350 | Arrest Warrant Language | |

✓     348    photo - chief judge's office door

|  |  |  |  |  | 351 | Report, DEA-Ayers-04.18.2028 |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 352 | Report, CBP-Zuraw-Undated |  |
|  |  |  |  |  | 353 | FBI report-Arrest of Judge Dugan-04.25.2025 |  |
|  |  |  |  |  | 354 | FD302-Records from Amaya-04.23.2025 |  |
|  |  |  |  |  | 355 | Records-Proffer letter-Butz-05.27.2025 |  |
|  |  |  |  |  | 356 | Records-Proffer letter-Cervera-05.06.2025 |  |
|  |  |  |  |  | 357 | Records-Proffer letter-Flores Ruiz-05.08.2025 |  |
|  |  |  |  |  | 358 | FD302-Records-Walther-04.25.2025 |  |
|  |  |  |  |  | 359 | Court records-Search warrant-Dugan email-04.30.2025 |  |
|  |  |  |  |  | 360 | Court records-Search warrant affidavit-Dugan email-04.30.2025 |  |
|  |  |  |  |  | 361 | Court records-Arrest warrant-Flores-Ruiz-04.23.2025 |  |
|  |  |  |  |  | 362 | Court records-Criminal complaint-EFR-04.23.2025 |  |
|  |  |  |  |  | 363 | Court records-Arrest warrant-Judge Dugan-04.24.2025 |  |
|  |  |  |  |  | 364 | Court records-Criminal complaint-Judge Dugan-04.24.2025 |  |
|  |  |  |  |  | 380 | Audio-Courtroom recording, origin, 04.18.2025-1 |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 381 | Audio-Courtroom recording, original, 04.18.2025-2 | |
| | | | | 382 | Audio-Courtroom recording, 04.18.2025-3 | |
| | | | | 383 | Audio-Courtroom recording, second, 04.18.2025-1 | |
| | | | | 384 | Audio-Courtroom recording, second, 04.18.2025-2 | |
| | | | | 385 | Audio-Courtroom recording, second, 04.18.2025-3 | |
| | | | | 386 | Audio-Courtroom excerpt-615-1 | |
| | | | | 387 | Audio-Courtroom excerpt-615-2 | |
| | | | | 388 | Audio voicemail from Amaya-04.23.2025 | |
| | | | | 389 | EFR exit and arresting agents hallway pursuit - Camera 4 (looking north) | |
| | | | | 390 | EFR exit and arresting agents hallway pursuit - Camera 10 (looking north) | |
| | | | | 391 | Milwaukee County Circuit Court Local Rules | |
| | | | | 392 | Screenshots - Garbo Cell phone 4.18.2025 | |
| X | published X | 12/15 | | 393 | Milwaukee Police Districts Map | Nimtz |
| | | | | 394 | Sub Ex - Milwaukee Police Districts Map w EFR Address Marked | |
| | | | | 395 | Theodore Chadwick CV | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 396 | Theodore Chadwick Rule 16 Opinion, US v. Dugan | |
| | | | | | 397 | Article - 620WTMJ - ICE Arrest 2 in MKE County Buildings 4.4.2025 | |
| | | | | | 398 | Article - 620WTMJ - MKE County leaders create action plan 4.8.2025 | |
| | | | | | 399 | Article - CJP - Details Emerge aabout MKE Courthouse Arrests 4.9.2025 | |
| | | | | | 400 | Article - Urban MKE - Elected Officials decry ICE Courthouse Arrests 4.8.2025 | |
| | | | | | 401 | Article - WPR - MKE Officals Discuss Response to ICE Courthouse Arrests 4.15.2025 | |
| ✓ | | | | | 402 | Email - de la Rosa-Buss re EFR Plea Offer w attachment 4.17.2025 | |
| | | | | | 403 | Judge Dugan entering with key lanyard- 04.18.2025_08.40.16 | |
| | | | | | 404 | Photo - 6th Floor Hall - Ayers Perspective 1 | |
| | | | | | 405 | Photo - 6th Floor Hall - Ayers Perspective 2 | |
| | | | | | 406 | Photo - 6th Floor Hall - Spitaletto Perspective 1 | |
| | | | | | 407 | Photo - 6th Floor Hall - Spitaletto Perspective 2 | |
| | | | | | 408 | Photo - 6th Floor Hall - Spitaletto Perspective 3 | |
| | | | | | 409 | Vasconcellos - back - 04.18.2025 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 410 | Vasconcellos - front 1 - 04.18.2025 | |
| | | | | | 411 | Vasconcellos - front 2 - 04.18.2025 | |
| | | | | | 412 | Amaya notifies agents thru agents departing vestibule-Camera 12-08.45.39-08.49.00.mp4 | |
| | | | | | 412A | Zoom to Chief Judge's Doors | |
| | | | | | 414 | Judges Dugan and Cervera entering 6th floor-Camera 14-08.40.03-08.40.18.mp4 | |
| | | | | | 415 | Video - 6th Floor Hall - Ayers Perspective.mov | |
| | | | | | 416 | Video - 6th Floor Hall - Spitaletto Perspective.MOV | |
| | | | | | 417 | EFR victims arrival-Camera 10-08.23.30 | |
| | | | | | 418 | EFR victims arrival-Camera 14-08.23.12 | |
| | | | | | 420 | Courtroom Audio, All Mics, Full ~32 Minutes (15db gain boost) | |
| | | | | | 421 | Courtroom Audio, Mic 1, Full ~32 minutes, 15db gain boost | |
| | | | | | 422 | Courtroom Audio, Mic 2, Full ~32 minutes, 15db gain boost | |
| | | | | | 423 | Courtroom Audio, Mic 3, Full ~32 minutes, 15db gain boost | |
| | | | | | 424 | Courtroom Audio, Mic 4, Full ~32 minutes, 15db gain boost | |
| | | | | | 425 | Courtroom Audio, Mic 5, Full ~32 minutes, 15db gain boost | |

| | | | | 426 | 426_(Extraction_10.1) 6th Floor Full Video.g64x | |
|---|---|---|---|---|---|---|
| | | | | 427 | 427_(Extraction_12.1) 6th Floor Full Video.g64x | |
| | | | | 428 | 427_(Extraction_14.1) 6th Floor Full Video.g64x | |
| | | | | 429 | Slow Walk Splice FULL (HMC) | |
| | | | | 430 | Still from 412 at 8.46.21 | |
| | | | | 431 | Still from 412 at 8.48.09 | |
| | | | | 432 | Still from 412 at 8.48.15 | |
| | | | | 433 | Still from 412 at 8.48.24 | |
| | | | | 434 | Still from 412 at 8.48.53 | |
| | | | | 435 | Still from 412 at 8.48.54 | |
| | | | | | | |