Dec. 19, 2025

This is Adam Rife with CBS 58 News, requesting the jury list for USA v. Dugan, 25-CR-89.

Thank you,
Adam Rife
arife@cbs58.com

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 DEC 19 P 12:07
CLERK OF COURT