UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                            Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

## COURT ORDER EXTENDING TIME FOR
## DEFENDANT'S ADDITIONAL POST-VERDICT MOTIONS

Upon the unopposed motion of Defendant Hannah C. Dugan, and upon good cause shown, the Court hereby extends and orders pursuant to FED. R. CRIM. P. 45 that the time period for any additional post-verdict motions/arguments/briefs shall be pursuant to the following time period previously set by the Court for filings pursuant to FED. R. CRIM. P. 29:

    January 30, 2026:        Movant Filings

    February 20, 2026:      Response Filing

    March 6, 2026:           Reply Filings

SO ORDERED this 5th day of January, 2026.

                                                  /s/ Lynn Adelman_____
                                                  Hon. Lynn Adelman
                                                  U.S. District Court Judge