UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 25-CR-89 (LA)

HANNAH C. DUGAN,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE

On January 30, 2026, defendant Hannah C. Dugan filed motions for a judgment of acquittal and for a new trial. Dkt. 109. Given that she was combining her renewed motions into a single filing, Dugan sought permission to exceed the Court's 30-page limit. *See* Dkt. 108. The Court granted the motion, *see* Dkt. 110, and Dugan submitted her 46-page filing. *See* Dkt. 109.

To adequately set forth the facts established at trial and to respond to Dugan's legal arguments, the United States similarly requests permission to file an oversized response to the combined motions. Dugan has indicated that she has no objection to this reciprocal request. *See* Dkt. 108.

Respectfully submitted on February 19, 2026.

                                                            BRAD D. SCHIMEL
                                                            United States Attorney

By:

/s/ Richard G. Frohling
First Assistant United States Attorney
State Bar No.: 1021952
Email: richard.frohling@usdoj.gov

/s/ Keith Alexander
Criminal Division Chief
State Bar No.: 1053000
Email: keith.alexander@usdoj.gov

/s/ Kelly B. Watzka
Deputy Criminal Division Chief
State Bar No.: 1023186
Email: kelly.watzka@usdoj.gov

/s/ Jonathan H. Koenig
Appellate Chief
State Bar No.: 1045517
Email: jonathan.h.koenig@usdoj.gov

Attorneys for Plaintiff
Office of the United States Attorney
517 East Wisconsin Avenue, Rm. 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738