# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

    **v.**                            **Case No. 25-CR-89**

**HANNAH C. DUGAN**
        **Defendant.**

## <u>SCHEDULING ORDER</u>

**IT IS ORDERED** that the government file a response to the motion for reconsideration

on or before **May 8, 2026**. Defendant may file a reply on or before **May 15, 2026**.

Dated at Milwaukee, Wisconsin, this 28th day of April, 2026.

<u>/s/ Lynn Adelman</u>
LYNN ADELMAN
District Judge