# POTENTIAL STEPS IN ERO REMOVAL PROCESS

- Check Databases

- Identify Target

- Confirm Immigration Status

- Determine Criminal History

- Prepare Arrest Operation Plan (e.g. FOW)

- Draft and Submit Warrant (e.g. Form I-200, Arrest Warrant)

- Authorized Immigration Officer determines whether probable cause exists and, if so, signs Arrest Warrant (Form I-200)

- Arrest Target

- Serve and Sign I-200 Certificate of Service

- Complete Record of Sworn Statement

- Complete and Serve Charging Document (e.g. Form I-871, Notice of Intent/Decision to Reinstate Prior Removal Order)

  - Contest prior removal? (Supervisor or OPLA adjudicates)
  - Asylum claim? (Refer to USCIS for adjudication)
  - 8 U.S.C. § 1326 eligible? (Refer to USAO for prosecution)

- Decision, Order, and Certification Reinstating Prior Removal Order by Authorized Deciding Official (Form I-871)

- Authorized Immigration Officer signs Warrant of Removal (Form I-205)

- Fingerprinting, Verification, and Removal


EXHIBIT
25-CR-89
47