# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
      **Plaintiff,**

   **v.**                            **Case No. 25-CR-89**

**HANNAH C. DUGAN**
      **Defendant.**

## <u>SCHEDULING ORDER</u>

**IT IS ORDERED** that this matter is scheduled for oral argument on **<u>Wednesday, June 3, 2026, at 10:00 a.m.</u>** The sentencing set for that time is adjourned.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2026.

<u>/s/ Lynn Adelman</u>
LYNN ADELMAN
District Judge