**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

**COURT MINUTES**

Date:       6/3/26                                    Dep. Clerk:   JD
Case No.    25-CR-89                                  Ct. Rep:      Jen
United States v. Hannah Dugan                         Time Called: 10:02
Proceeding:   in court hearing                        Time Concl:  10:43

United States by:    Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant:           Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason
                     Luczak

Court hears oral argument on motion for reconsideration.