# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
          **Plaintiff,**

          **v.**                                                    **Case No. 25-CR-89**

**HANNAH C. DUGAN**
                    **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that this matter is scheduled for sentencing on **Wednesday, July 8, 2026, at 11:15 a.m.**

**IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **July 1, 2026**.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge