**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

## COURT MINUTES

Date:        7/8/2026                                Dep. Clerk:   AH
Case No.   25-CR-89                               Ct. Rep:      Jen
United States v. Hannah Dugan               Time Called: 11:15 a.m.
Proceeding:  Sentencing                         Time Concl:  11:58 a.m.

United States by:   Attorney Richard Frohling, Kelly Brown Watzka, and Keith Alexander
Probation Officer:   Jim Fetherston
Defendant:           Hannah Dugan, in person, and by Attorney Steven Biskupic, Jason Luczak, and
                            Nicole Masnica,

---

Court makes a record regarding guideline objections.

Court adopts PSR:
     offense level 14
     criminal history category I
     15 to 21 months imprisonment
     not more than 3 years supervised release
     $7,500 to $75,000 fine
     $100 special assessment

Arguments heard as to sentencing.

Court imposes a fine of $5,000.00.
Court does not impose a term of imprisonment or probation.
$100 special assessment, due immediately.
Court advises defendant of right to appeal.