# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                           Case No.  2:25-Cr-89 LA

HANNAH C. DUGAN,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that defendant Hannah Dugan hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on July 8, 2026 (Dkt. 136).

Dated this 9th day of July, 2026.

By:  /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233

*Counsel for Defendant Hannah Dugan*