# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: <u>2:25–cr–00089–LA</u>–1

Case title: USA v. Dugan

Magistrate judge case number: 2:25–mj–00397–SCD

Date Filed: 05/13/2025

Date Terminated: 07/08/2026

Assigned to: Judge Lynn Adelman

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Hannah C Dugan** <br> *YOB: 1959* <br> *TERMINATED: 07/08/2026* | represented by | **Dean A Strang** <br> Strang Bradley LLC <br> 613 Williamson St – Ste 204 <br> Madison, WI 53703 <br> 608–535–1550 <br> Fax: 608–406–2602 <br> Email: <u>dean@strangbradley.com</u> <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **Jason D Luczak** <br> Gimbel Reilly Guerin & Brown LLP <br> 330 E Kilbourn Ave – Ste 1170 <br> Milwaukee, WI 53202 <br> 414–271–1440 <br> Fax: 414–271–7680 <br> Email: <u>jluczak@grgblaw.com</u> <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **John H Bradley** <br> Strang Bradley LLC <br> 613 Williamson St – Ste 204 <br> Madison, WI 53703 <br> 608–535–1550 <br> Fax: 608–406–2602 <br> Email: <u>john@strangbradley.com</u> <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **Nicole M Masnica** <br> Gimbel Reilly Guerin & Brown LLP <br> 330 E Kilbourn Ave – Ste 1170 |

Milwaukee, WI 53202
414−271−1440
Email: nmasnica@grgblaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Randal Richard Resch , II**
Strang Bradley LLC
613 Williamson St − Ste 204
Madison, WI 53703
608−535−1550
Fax: 608−460−2602
Email: rick@strangbradley.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven M Biskupic**
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
414−828−7233
Email: bisklaw@outlook.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Edward Grau**
StrangBradley LLC
613 Williamson St − Ste 204
Madison, WI 53703
608−535−1550
Email: william@strangbradley.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1505 − OBSTRUCTION OF PROCEEDING BEFORE DEPARTMENTS/AGENCIES (2) | FINE: $5,000.00. SPECIAL ASSESSMENT: $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1071 − CONCEALING PERSON FROM ARREST (1) | Jury Verdict of Not Guilty |

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|

18:1505 – Obstruction of Proceeding
Before Departments/Agencies of US

---

**Movant**

**Former State and Federal Judges**  represented by  **Abbe David Lowell**
Lowell & Associates PLLC
1250 H St NW – Ste 250
Washington, DC 20005
202–508–4450
Fax: 202–964–6116
Email: alowellpublicoutreach@lowellandassociates.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Brenna Lauren Frey**
Lowell and Associates PLLC
1250 H St NW
Washington, DC 20005
917–868–7551
Email: bfrey@lowellandassociates.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David Kolansky**
Lowell & Associates PLLC
1250 H Street NW 2nd Fl
Washington, DC 20005
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Isabella Oishi**
Lowell and Associates PLLC
1250 H St NW – Ste 250
Washington, DC 20005
202–964–6110
Email: ioishi@lowellandassociates.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeffrey A Mandell**
Law Forward Inc
222 W Washington Ave – Ste 250
Madison, WI 53703
608–218–4155
Email: jmandell@lawforward.org
*ATTORNEY TO BE NOTICED*

**Norman Larry Eisen**
Democracy Defenders Fund
600 Pennsylvania Av SE – Ste 15180
Washington, DC 20003
202–594–9958
Email: norman@democracydefenders.org
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Torrean R Edwards**
Law Forward Inc
222 W Washington Ave – Ste 680
Madison, WI 53703
Email: energeellc@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Movant**

| | | |
|---|---|---|
| **Center for American Rights** | represented by | **Daniel R Suhr**<br>Center for American Rights<br>1341 W Fullerton Ave – Ste 170<br>Chicago, IL 60614<br>414–588–1658<br>Email: danielsuhrncjl@gmail.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Keith S Alexander**<br>United States Department of Justice (ED–WI)<br>Office of the US Attorney<br>517 E Wisconsin Ave – Rm 530<br>Milwaukee, WI 53202<br>414–297–4530<br>Fax: 414–297–1738<br>Email: keith.alexander@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Kelly Brown Watzka**<br>United States Department of Justice (ED–WI)<br>Office of the US Attorney<br>517 E Wisconsin Ave – Rm 530<br>Milwaukee, WI 53202<br>414–297–1700 |

Fax: 414−297−1738
Email: Kelly.Watzka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Richard G Frohling**
United States Department of Justice
(ED−WI)
Office of the US Attorney
517 E Wisconsin Ave − Rm 530
Milwaukee, WI 53202
414−297−4528
Fax: 414−297−1738
Email: richard.frohling@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2025 | 1 | COMPLAINT signed by Magistrate Judge Stephen C Dries as to Hannah C Dugan (1). (kah) [2:25−mj−00397−SCD] (Entered: 04/25/2025) |
| 04/25/2025 | | NOTICE OF HEARING as to Hannah C Dugan. Initial Appearance on a Criminal Complaint set for 4/25/2025 at 10:30 AM in Courtroom 284, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Stephen C Dries. (cc:all counsel)(amb) [2:25−mj−00397−SCD] |
| 04/25/2025 | | Case unsealed as to Hannah C Dugan. (amb) [2:25−mj−00397−SCD] |
| 04/25/2025 | | Arrest of Hannah C Dugan.(amb) [2:25−mj−00397−SCD] |
| 04/25/2025 | 2 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Initial Appearance on Criminal Complaint as to Hannah C Dugan held on 4/25/2025. Defendant advised of rights, charges, penalties, and fines. Government not seeking detention. Court orders defendant released on O/R Bond. Preliminary Hearing/Arraignment and Plea set for 5/15/2025 at 09:00 AM in Courtroom 284, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Stephen C Dries. (Court Reporter Liberty) (amb) [2:25−mj−00397−SCD] |
| 04/25/2025 | 3 | ORDER Setting Conditions of Release as to Hannah C Dugan signed by Magistrate Judge Stephen C Dries on 4/25/2025. (cc: all counsel) (amb) [2:25−mj−00397−SCD] |
| 04/25/2025 | 4 | PRETRIAL SERVICES REPORT − BOND STUDY (Restricted) filed by US Pretrial Office as to Hannah C Dugan (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this document may do so by logging in.) (at) [2:25−mj−00397−SCD] |
| 04/28/2025 | 5 | TRANSCRIPT of Initial Appearance as to Hannah C Dugan held on April 25, 2025, before Judge Stephen C. Dries. Court Reporter/Transcriber Jennifer Stake, Contact at 414−290−2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party |

| | | |
|---|---|---|
| | | shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 5/22/2025. Redacted Transcript Deadline set for 6/2/2025. Release of Transcript Restriction set for 7/31/2025. (Stake, Jennifer) [2:25−mj−00397−SCD] |
| 05/13/2025 | 6 | INDICTMENT as to Hannah C Dugan (1) count(s) 1, 2. (asc) (Additional attachment(s) added on 5/13/2025: # 1 UNREDACTED Indictment, # 2 Information Sheet) (asc). (Attachment 2 replaced on 5/14/2025) (edr). |
| 05/14/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE: Steven M Biskupic appearing for Hannah C Dugan as Retained Counsel (Biskupic, Steven) |
| 05/14/2025 | 8 | DISCLOSURE STATEMENT by Hannah C Dugan. (Biskupic, Steven) |
| 05/14/2025 | 9 | NOTICE OF ATTORNEY APPEARANCE: Nicole M Masnica appearing for Hannah C Dugan as Retained Counsel (Masnica, Nicole) |
| 05/14/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE: Jason D Luczak appearing for Hannah C Dugan as Retained Counsel (Luczak, Jason) |
| 05/14/2025 | 11 | NOTICE OF ATTORNEY APPEARANCE: Dean A Strang appearing for Hannah C Dugan as Retained Counsel (Strang, Dean) |
| 05/14/2025 | 12 | NOTICE OF ATTORNEY APPEARANCE: John H Bradley appearing for Hannah C Dugan as Retained Counsel (Bradley, John) |
| 05/14/2025 | 13 | NOTICE OF ATTORNEY APPEARANCE: Randal Richard Resch, II appearing for Hannah C Dugan as Retained Counsel (Resch, Randal) |
| 05/14/2025 | 14 | NOTICE OF ATTORNEY APPEARANCE: William Edward Grau appearing for Hannah C Dugan as Retained Counsel (Grau, William) |
| 05/14/2025 | 15 | MOTION to Dismiss by Hannah C Dugan.(Resch, Randal) |
| 05/14/2025 | 16 | Joint MOTION for Protective Order by USA as toHannah C Dugan. (Attachments: # 1 Text of Proposed Order)(Frohling, Richard) |
| 05/15/2025 | 17 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Arraignment and Plea as to Hannah C Dugan (1) Counts 1,2 held on 5/15/2025. Defendant advised of rights, charges, penalties and fines. Court orders GJ materials disclosed no later than 1 business day prior to trial. Case referred to Magistrate Judge Nancy Joseph. Speedy Trial Date 7/22/2025. Not Guilty Plea entered by Hannah C Dugan as to Counts 1,2. BRIEFING: Motions due by 5/30/2025, Responses due by 6/9/2025, Replies due by 6/16/2025. Final Pretrial Conference set for 7/9/2025 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Jury Trial set for 7/21/2025 08:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman.<br><br>The court ORDERS that pursuant to Federal Rule of Criminal Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. (Court Reporter: Jennifer Stake) (kah) |

| | | |
|---|---|---|
| 05/15/2025 | 18 | PRETRIAL ORDER as to Hannah C Dugan signed by Magistrate Judge Nancy Joseph on 5/15/2025. Motions due: 5/30/2025. Responses due: 6/9/2025. Replies due: 6/16/2025. (cc: all counsel) (kah) |
| 05/15/2025 | 19 | ORDER signed by Magistrate Judge Nancy Joseph on 5/15/2025 granting 16 Motion for Protective Order as to Hannah C Dugan (1). (cc: all counsel) (llc) |
| 05/16/2025 | 20 | TRANSCRIPT of Arraignment and Plea Hearing as to Hannah C Dugan held on May 15, 2025, before Judge Stephen C. Dries. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 6/9/2025. Redacted Transcript Deadline set for 6/20/2025. Release of Transcript Restriction set for 8/18/2025. (Stake, Jennifer) |
| 05/29/2025 | 21 | MEMORANDUM by Hannah C Dugan in Support re 15 MOTION to Dismiss (Strang, Dean) |
| 05/30/2025 | 22 | MOTION to File Amicus Brief by Jeffrey A. Mandell by Former State and Federal Judges as toHannah C Dugan. (Attachments: # 1 Ex. A – Amicus Brief, # 2 Text of Proposed Order)(Mandell, Jeffrey) Modified on 7/8/2025 (rcm). |
| 05/30/2025 | 23 | DISCLOSURE STATEMENT by ~~Hannah C Dugan~~ Former State and Federal Judges. (Mandell, Jeffrey) Modified on 5/30/2025 (cmb). Modified on 5/30/2025 (rcm). |
| 05/30/2025 | 24 | MOTION for Supplemental Jury Questionnaire by Hannah C Dugan. (Attachments: # 1 Exhibit A – Defendant's Proposed Supplemental Juror Questionnaire)(Bradley, John) |
| 05/30/2025 | 25 | Amended MOTION to File Amicus Brief by Jeffrey A. Mandell by Former State and Federal Judges as toHannah C Dugan. (Attachments: # 1 Ex. A – Amicus Brief, # 2 Text of Proposed Order)(Mandell, Jeffrey) Modified on 7/8/2025 (rcm). |
| 05/30/2025 | 26 | ORIGINAL DOCUMENT *Amended Disclosure Statement of Former State and Federal Judges* (Mandell, Jeffrey) |
| 05/30/2025 | 27 | ORIGINAL DOCUMENT *Notice of Appearance on behalf of Amici Former State and Federal Judges* (Edwards, Torrean) |
| 06/09/2025 | 28 | RESPONSE by USA as to Hannah C Dugan re 15 MOTION to Dismiss (Frohling, Richard) |
| 06/09/2025 | 29 | RESPONSE by USA as to Hannah C Dugan re 22 MOTION to File Amicus Brief by Jeffrey A. Mandell (Frohling, Richard) |
| 06/09/2025 | 30 | RESPONSE by USA as to Hannah C Dugan re 24 MOTION for Supplemental Jury Questionnaire (Attachments: # 1 Attachment A (Proposed Questionnaire))(Frohling, Richard) |
| 06/09/2025 | 31 | Amicus Curiae Appearance entered (Suhr, Daniel) |
| 06/09/2025 | 32 | MOTION to File Amicus Brief by Daniel Suhr by Center for American Rights as toHannah C Dugan. (Attachments: # 1 Proposed Amicus Brief)(Suhr, Daniel) |

| | | |
|---|---|---|
| | | Modified on 7/8/2025 (rcm). |
| 06/09/2025 | 33 | ORIGINAL DOCUMENT *EDWI Local R. 7.1 Disclosure Statement of the Center for American Rights* (Suhr, Daniel) |
| 06/11/2025 | 34 | MOTION for Leave to File *Oversized Memorandum* by Hannah C Dugan. (Attachments: # 1 Exhibit A – Defendant's Memorandum Supporting Motion to Dismiss, Times New Roman Size 12)(Strang, Dean) |
| 06/11/2025 | | TEXT ONLY ORDER signed by Magistrate Judge Nancy Joseph on 6/11/2025 granting 34 Motion for Leave to File Oversized Brief as to Hannah C Dugan (1). (cc: all counsel) (llc) |
| 06/11/2025 | 35 | ~~NOTICE OF HEARING as to Hannah C Dugan. IT IS ORDERED that this matter is scheduled for telephonic status on Wednesday, June 18, 2025, at 11:15 a.m. The parties shall call the Court's conference line at 669-254-5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call. Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. Members of the Public may call in to listen to this hearing, but must remain muted for the duration of the hearing. (cc: all counsel and probation)(amh)~~ See ECF 37 Scheduling Order for information. Modified on 6/17/2025 (amh). |
| 06/12/2025 | 36 | REPLY TO RESPONSE to Motion by Former State and Federal Judges as to Hannah C Dugan re 25 Amended MOTION to File Amicus Brief by Jeffrey A. Mandell (Mandell, Jeffrey) |
| 06/13/2025 | 37 | SCHEDULING ORDER signed by Judge Lynn Adelman on 6/13/2025 as to Hannah C Dugan. IT IS ORDERED that the status set for Wednesday, June 18, 2025, at 11:15 a.m., will be held **in person** in Courtroom #390. The court will at this hearing address the trial scheduling issues noted in the government's June 9, 2025 submission. (R. 30 at 2–3.) The court will not address the pending motion to dismiss, which remains referred to the magistrate judge. The defendant's appearance is not required. (cc: all counsel, probation, and usms) (amh) |
| 06/13/2025 | 38 | REPLY TO RESPONSE to Motion by Hannah C Dugan re 15 MOTION to Dismiss (Strang, Dean) |
| 06/16/2025 | 39 | RESPONSE by USA as to Hannah C Dugan re 32 MOTION to File Amicus Brief by Daniel Suhr (Frohling, Richard) |
| 06/16/2025 | 40 | REPLY TO RESPONSE to Motion by Hannah C Dugan re 24 MOTION for Supplemental Jury Questionnaire (Attachments: # 1 Exhibit B – Six Page Version of Defendant's Proposed Jury Questionnaire)(Bradley, John) |
| 06/16/2025 | 41 | DECLARATION of John H. Bradley by Hannah C Dugan (Bradley, John) Modified on 6/17/2025 (rcm). |
| 06/18/2025 | 42 | Minute Entry for proceedings held before Judge Lynn Adelman: In Person Status Conference as to Hannah C Dugan held on 6/18/2025. Court hears from parties regarding the 7/21/2025 jury trial date. Court will resolve the motion to dismiss first, then reset the jury trial date; 7/21/2025 jury trial vacated from calendar with no new date scheduled at this time. Court converts 7/9/2025 Final Pretrial Conference to a Scheduling/Status conference to discuss the status of the case and address additional scheduling. In Person Scheduling Conference set for 7/9/2025 at 10:30 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn |

| Date | No. | Description |
|---|---|---|
| | | Adelman. (Court Reporter Jennifer Stake) (amh) |
| 07/07/2025 | 43 | REPORT AND RECOMMENDATION as to Hannah C Dugan recommending that 15 MOTION to Dismiss be Denied. IT IS FURTHER ORDERED that the motions to file amicus briefs 25 , 32 are GRANTED. Signed by Magistrate Judge Nancy Joseph on 7/7/2025. (cc: all counsel) (llc) |
| 07/08/2025 | | Case as to Hannah C Dugan no longer referred to Magistrate Judge Nancy Joseph. (rcm) |
| 07/08/2025 | | Motions decided as to Hannah C Dugan: granting 25 Motion to File Amicus Brief as to Hannah C Dugan (1); granting 32 Motion to File Amicus Brief as to Hannah C Dugan (1); finding as moot, Superseded by Amended Motion, 22 Motion to File Amicus Brief as to Hannah C Dugan (1). (cc: all counsel) (rcm) |
| 07/09/2025 | 44 | Minute Entry for proceedings held before Judge Lynn Adelman: Status Conference as to Hannah C Dugan held on 7/9/2025. Defense will file objections to the recommendation by 7/17/25, government will respond in 14 days. Court will set a status after it issues a ruling. Court excludes time under STA until objections are filed. (Court Reporter Susan Armbruster) (amh) |
| 07/15/2025 | 45 | OBJECTION TO REPORT AND RECOMMENDATIONS 43 by Hannah C Dugan (Strang, Dean) |
| 07/29/2025 | 46 | RESPONSE by USA as to Hannah C Dugan *Objections to Report & Recommendation* (Frohling, Richard) |
| 07/30/2025 | 47 | REPLY by Hannah C Dugan *Supporting Objections to Report and Recommendation* (Strang, Dean) |
| 08/26/2025 | 48 | DECISION AND ORDER signed by Judge Lynn Adelman on 8/26/2025 as to Hannah C Dugan. IT IS ORDERED that the magistrate judge's recommendation (R. 43 ) is adopted, and defendant's motion to dismiss (R. 15 ) is denied. IT IS FURTHER ORDERED that this matter is scheduled for in–court hearing on Wednesday, September 3, 2025, at 11:00 a.m. in Courtroom 390 to address further scheduling. Defendant's appearance is not required. Additional details in order. (cc: all counsel, probation, and usms) (amh) |
| 09/03/2025 | 49 | Minute Entry for proceedings held before Judge Lynn Adelman: In Court Hearing as to Hannah C Dugan held on 9/3/2025. Defense will not be taking an interlocutory appeal. Court indicates issue will not be waived. Court sets deadline of 11/7/2025 for jury instructions, motions in limine, and related filings; responses due 11/14/25. Court will issue decision on jury questionnaire issue. Final Pretrial Conference set for 11/26/2025 at 10:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Jury Selection set for 12/11/2025 and 12/12/2025 at 09:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Jury Trial set to beginning on 12/15/2025 at 09:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Court makes speedy trial findings.(Court Reporter Jennifer Stake) (amh) |
| 09/04/2025 | 50 | MOTION for Reconsideration *re Motion to Dismiss* by Hannah C Dugan.(Biskupic, Steven) |
| 09/11/2025 | 51 | SCHEDULING ORDER signed by Judge Lynn Adelman on 9/11/2025 as to Hannah C Dugan. IT IS ORDERED that this matter scheduled for in court hearing on |

| | | Wednesday, September 17, 2025, at 10:00 a.m. in Courtroom 390. Defendant's appearance is not required. (cc: all counsel and probation) (amh) |
|---|---|---|
| 09/17/2025 | 52 | Minute Entry for proceedings held before Judge Lynn Adelman: In Court Hearing as to Hannah C Dugan held on 9/17/2025. Parties discuss contents of jury questionnaire. Parties agree questionnaires should be returned in 30 days, disclosed to counsel. Court sets case for hearing on 11/6/2025 at 10:00 AM in Courtroom 390. Defendant's appearance is not required. (Court Reporter Jennifer Stake) (amh) (Entered: 09/18/2025) |
| 09/19/2025 | 53 | ORDER signed by Judge Lynn Adelman on 9/19/2025 as to Hannah C Dugan (1). IT IS ORDERED that defendant's motion for a supplemental jury questionnaire (R. 24 ) is granted, in part, as stated herein. Nothing in this order should be construed to limit the questions the parties may request the court ask during voir dire. Additional details in order. (cc: all counsel and probation) (amh) |
| 11/06/2025 | 54 | Minute Entry for proceedings held before Judge Lynn Adelman: In Court Hearing as to Hannah C Dugan held on 11/6/2025. Court directs 50 more questionnaires be sent out. Parties to submit list of proposed strikes for cause by 11/12/25. Court will review, set date prior to Final Pretrial as necessary. (Court Reporter Jennifer Stake) (amh) |
| 11/07/2025 | 55 | PROPOSED JURY INSTRUCTIONS by USA as to Hannah C Dugan (Frohling, Richard) |
| 11/07/2025 | 56 | MOTION in Limine by USA as toHannah C Dugan.(Frohling, Richard) |
| 11/07/2025 | 57 | PROPOSED JURY INSTRUCTIONS by Hannah C Dugan. (Bradley, John) |
| 11/07/2025 | 58 | First MOTION in Limine by Hannah C Dugan.(Strang, Dean) |
| 11/07/2025 | 59 | MOTION in Limine *Omnibus 2–13* by Hannah C Dugan.(Resch, Randal) |
| 11/12/2025 | 60 | SEALED DOCUMENT  This document is not available electronically and must be served in paper format upon opposing counsel. |
| 11/12/2025 | 61 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 11/12/2025 | 62 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 11/12/2025 | 63 | Certificate of Service by USA as to Hannah C Dugan (Frohling, Richard) |
| 11/12/2025 | 64 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 11/14/2025 | 65 | RESPONSE by Hannah C Dugan re 56 MOTION in Limine (Resch, Randal) |
| 11/14/2025 | 66 | RESPONSE by Hannah C Dugan *Defendant's Response to Government's Proposed Jury Instructions* (Resch, Randal) |
| 11/14/2025 | 67 | RESPONSE by USA as to Hannah C Dugan re 59 MOTION in Limine *Omnibus 2–13*, 58 First MOTION in Limine (Frohling, Richard) |
| 11/14/2025 | 68 | RESPONSE by USA as to Hannah C Dugan *Proposed Jury Instructions* (Frohling, Richard) |

| 11/17/2025 | 69 | MOTION in Limine *to exclude expert testimony on the meaning of legal terms* by USA as toHannah C Dugan.(Frohling, Richard) |
|---|---|---|
| 11/21/2025 | 70 | BRIEF in Opposition by Hannah C Dugan re 69 MOTION in Limine *to exclude expert testimony on the meaning of legal terms* (Attachments: # 1 Rule 16 Report)(Biskupic, Steven) |
| 11/25/2025 | 71 | PROPOSED VOIR DIRE by Hannah C Dugan. (Attachments: # 1 Additional Questionnaire)(Biskupic, Steven) |
| 11/25/2025 | 72 | DECISION AND ORDER signed by Judge Lynn Adelman on 11/25/2025 as to Hannah C Dugan (1). IT IS ORDERED that the government's consolidated motion (R. 56 ) is granted in part and denied in part, as stated herein, and the government's motion to prohibit expert testimony on the meaning of statutes and regulations (R. 69 ) is granted in part, as also stated herein. IT IS FURTHER ORDERED that defendant's first motion (R. 58 ) is denied, and defendant's omnibus motion (R. 59 ) is granted in part and denied in part, as stated herein. Details in order. (cc: all counsel and probation) (amh) |
| 11/26/2025 | 73 | Minute Entry for proceedings held before Judge Lynn Adelman: Final Pretrial Conference as to Hannah C Dugan held on 11/26/2025. Courts strikes the 34 prospective jurors agreed by the parties. Court agrees supplemental questionnaire be filled out when the other jurors arrive. Parties to confer re: the other 50, submit something by Wednesday, 12/3/2025. Court will examine the disputed jurors in person. Government anticipates 25 to 28 witnesses. Defense may file motion regarding recordings/transcripts by end of business on Tuesday, 12/2/2025. Court addresses defense expert issue. Court indicates jurors will be provided lunch. Court does not set another hearing at this time. Jury Selection remains scheduled to begin on 12/11/2025 at 09:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. Jury Trial remains scheduled to begin on 12/15/2025 at 09:00 AM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (Court Reporter Susan Armbruster) (amh) |
| 11/26/2025 | 74 | ORDER signed by Judge Lynn Adelman on 11/26/2025. Pursuant to Guide to Judiciary Policy § 365.60.20(a)(1), IT IS ORDERED that potential jurors be partially sequestered during jury selection on December 11 and 12, 2025, and the selected jurors be partially sequestered during the trial set to commence on December 15, 2025, and that lunch be provided. The unique considerations associated with this trial and the lack of a courthouse cafeteria are compelling reasons for providing lunch. The expenditure clearly benefits the bench and the bar by providing a safe, efficient means of allowing (prospective) jurors to eat lunch that would otherwise require excessive time. (cc: all counsel, probation, and usms) (amh) |
| 11/28/2025 | 75 | LETTER from the United States with supplemental authority to support its motion to exclude defense expert testimony and in support of the United States' proposed jury instruction (Attachments: # 1 United States v. Hernandez)(Alexander, Keith) |
| 12/01/2025 | 76 | RESPONSE by Hannah C Dugan *to Supplemental Authority* (Biskupic, Steven) |
| 12/02/2025 | 77 | MOTION to Exclude *Portion of Audio Recordings*, MOTION in Limine by Hannah C Dugan.(Biskupic, Steven) |
| 12/02/2025 | 78 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |

| 12/02/2025 | 79 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
|---|---|---|
| 12/02/2025 | 80 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 12/03/2025 | 81 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 12/03/2025 | 82 | ORDER signed by Judge Lynn Adelman on 12/3/2025 as to Hannah C Dugan. At the final pre–trial, the parties were instructed to confer and provide a list of prospective jurors from the supplemental batch of 50 that should be struck or excused for cause. The parties have provided under seal a list of 10 prospective jurors they agree should be excused (R. 79), as well as a list of 10 others over which they disagree (R. 80, 81). Consistent with my previous ruling, the Court will strike the 10 agreed upon prospective jurors and take no action on the others until individual voir dire is conducted. As also discussed at the final pre–trial, the remaining prospective jurors from the supplemental batch will be on–call for Friday, December 12, 2025. (cc: all counsel and probation) (amh) |
| 12/03/2025 | 83 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 12/04/2025 | 84 | RESPONSE by USA as to Hannah C Dugan re 77 MOTION to Exclude *Portion of Audio Recordings* MOTION in Limine (Alexander, Keith) |
| 12/10/2025 | 85 | ORDER signed by Judge Lynn Adelman on 12/10/2025 as to Hannah C Dugan. IT IS ORDERED that the two additional prospective jurors from the supplemental batch identified by the parties (R. 83 ) be excused. (cc: all counsel and probation) (amh) (Entered: 12/11/2025) |
| 12/11/2025 | 91 | Minute Entry for proceedings held before Judge Lynn Adelman: Jury Selection as to Hannah C Dugan held on 12/11/2025. See Jury Selection minutes for details. (Court Reporter Jennifer Stake) (amh) (Entered: 12/19/2025) |
| 12/12/2025 | 86 | TRANSCRIPT of Excerpt of Voir Dire/Jury Selection: In–Chambers Proceedings as to Hannah C Dugan held on December 11, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/5/2026. Redacted Transcript Deadline set for 1/15/2026. Release of Transcript Restriction set for 3/16/2026. (Stake, Jennifer) (Main Document 86 replaced on 12/22/2025) (kwb). |
| 12/15/2025 | 92 | Minute Entry for Jury Trial held on 12/15/2025 through 12/18/2025 and jury verdict reached; details in Jury Trial minutes and in separate Jury Verdict docket entry. Briefing schedule set. Defense may file motion by 1/30/2026; government response due 2/20/2026; defense reply due 3/6/2026. Court does not set further date at this time. (Court Reporter Jennifer Stake) (amh) (Entered: 12/19/2025) |
| 12/17/2025 | 87 | TRANSCRIPT of Excerpt of Jury Trial: Defense Opening Statement as to Hannah C Dugan held on December 15, 2025, before Judge Lynn Adelman. Court |

| | | Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/12/2026. Redacted Transcript Deadline set for 1/23/2026. Release of Transcript Restriction set for 3/20/2026. (Stake, Jennifer) |
|---|---|---|
| 12/17/2025 | 88 | MOTION for Judgment of Acquittal *Under Rule 29(a)* by Hannah C Dugan.(Resch, Randal) |
| 12/17/2025 | 89 | TRANSCRIPT of Excerpt of Jury Trial: Testimony of Kristela Cervera as to Hannah C Dugan held on December 16, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/12/2026. Redacted Transcript Deadline set for 1/23/2026. Release of Transcript Restriction set for 3/20/2026. (Stake, Jennifer) |
| 12/18/2025 | 90 | LETTER/REQUEST by Hannah Hilyard of WISN 12 News for Jury List (rcm) (Entered: 12/19/2025) |
| 12/18/2025 | 94 | JURY INSTRUCTIONS as to Hannah C Dugan. (amh) (Entered: 12/19/2025) |
| 12/18/2025 | 95 | JURY COMMUNICATIONS/NOTES. (this document is SEALED) (amh) (Entered: 12/19/2025) |
| 12/18/2025 | 96 | JURY VERDICT as to Hannah C Dugan (1): Not Guilty as to Count 1 and Guilty as to Count 2. (amh) (Entered: 12/19/2025) |
| 12/18/2025 | 97 | DECISION AND ORDER signed by Judge Lynn Adelman on 12/18/2025 as to Hannah C Dugan. This decision explains the court's resolution of the parties' written jury instruction arguments. Details in order. (cc: all counsel) (amh) (Entered: 12/19/2025) |
| 12/19/2025 | 93 | EXHIBIT LIST by Plaintiff USA and Defendant Hannah C Dugan as to Hannah C Dugan. (Attachments: # 1 Defendant's Exhibit List)(cmb) |
| 12/19/2025 | 98 | LETTER/REQUEST by Adam Rife of CBS 58 News for Jury List (rcm) |
| 12/19/2025 | 99 | TRANSCRIPT of Excerpt of Voir Dire/Jury Selection: Instructions and Juror Roll as to Hannah C Dugan held on December 11, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/12/2026. Redacted Transcript Deadline set for 1/23/2026. Release of Transcript Restriction set for 3/23/2026. (Stake, Jennifer) |
| 12/19/2025 | | |

| | | |
|---|---|---|
| | | EXHIBITS received for USA, and Hannah C Dugan as to Hannah C Dugan exhibit list filed. (cmb) (Entered: 12/23/2025) |
| 12/23/2025 | 100 | MOTION for Extension of Time to File *Additional Post–Verdict Motions* by Hannah C Dugan.(Biskupic, Steven) |
| 01/05/2026 | 101 | TRANSCRIPT of Jury Trial – Jury Selection and Preliminary Instructions as to Hannah C Dugan held on December 11, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 1/29/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (Stake, Jennifer) |
| 01/05/2026 | 102 | SEALED TRANSCRIPT of Jury Trial – Jury Selection and Preliminary Instructions – Sealed Portion as to Hannah C Dugan held on December 11, 2025, before Judge Lynn Adelman. (Stake, Jennifer) |
| 01/05/2026 | 103 | TRANSCRIPT of Jury Trial – Vol. 1 as to Hannah C Dugan held on December 15, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 1/29/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (Stake, Jennifer) |
| 01/05/2026 | 104 | TRANSCRIPT of Jury Trial – Vol. 2 as to Hannah C Dugan held on December 16, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 1/29/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (Stake, Jennifer) |
| 01/05/2026 | 105 | TRANSCRIPT of Jury Trial – Vol. 3 as to Hannah C Dugan held on December 17, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 1/29/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (Stake, Jennifer) |

| Date | No. | Description |
|---|---|---|
| 01/05/2026 | 106 | TRANSCRIPT of Jury Trial – Vol. 4 as to Hannah C Dugan held on December 18, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/29/2026. Redacted Transcript Deadline set for 2/9/2026. Release of Transcript Restriction set for 4/9/2026. (Stake, Jennifer) |
| 01/05/2026 | 107 | COURT ORDER EXTENDING TIME FOR DEFENDANT'S ADDITIONAL POST–VERDICT MOTIONS signed by Judge Lynn Adelman on 1/5/2026 GRANTING 100 Motion for Extension of Time to File as to Hannah C Dugan (1). Movant filings are now due by 1/30/2026. Response filing is now due by 2/20/2026. Reply filings are now due by 3/6/2026. (cc: all counsel and probation) (amh) |
| 01/30/2026 | 108 | MOTION for Leave to File *Oversized Combined Motions and Supporting Authorities* by Hannah C Dugan.(Strang, Dean) |
| 01/30/2026 | 109 | MEMORANDUM by Hannah C Dugan in Support re 100 MOTION for Extension of Time to File *Additional Post–Verdict Motions*, 108 MOTION for Leave to File *Oversized Combined Motions and Supporting Authorities*, 88 MOTION for Judgment of Acquittal *Under Rule 29(a) Defendant's Renewed Motions for Judgment of Acquittal and for New Trial* (Strang, Dean) |
| 02/02/2026 | 110 | TEXT ONLY ORDER signed by Judge Lynn Adelman on 2/2/2026 GRANTING 108 Motion for Leave to File Oversized Combined Motions and Supporting Authorities as to Hannah C Dugan (1). The Court grants leave to file the two motions with authority and argument supporting them. (cc: all counsel and probation) (amh) |
| 02/19/2026 | 111 | Unopposed MOTION for Leave to File Excess Pages *in Response to Defendant's Rule 29 and Rule 33 Motions* by USA as toHannah C Dugan.(Frohling, Richard) |
| 02/20/2026 | 112 | TEXT ONLY ORDER signed by Judge Lynn Adelman on 2/20/2026 GRANTING 111 Motion for Leave to File Excess Pages as to Hannah C Dugan (1). United States is granted permission to file an oversized response as requested. (cc: all counsel and probation) (amh) |
| 02/20/2026 | 113 | RESPONSE by USA as to Hannah C Dugan re 100 MOTION for Extension of Time to File *Additional Post–Verdict Motions*, 88 MOTION for Judgment of Acquittal *Under Rule 29(a) and 109 Defendant's Memorandum* (Frohling, Richard) |
| 03/04/2026 | 114 | MOTION for Leave to File *Oversized Reply Brief* by Hannah C Dugan.(Strang, Dean) |
| 03/04/2026 | 115 | REPLY TO RESPONSE to Motion by Hannah C Dugan re 88 MOTION for Judgment of Acquittal *Under Rule 29(a)*, 114 MOTION for Leave to File *Oversized Reply Brief* (Strang, Dean) |
| 03/06/2026 | 116 | TEXT ONLY ORDER signed by Judge Lynn Adelman on 3/6/2026 GRANTING 114 Motion for Leave to File as to Hannah C Dugan (1). Defendant is granted permission to file an oversized brief in reply as requested. (cc: all counsel and probation) (amh) |
| 04/06/2026 | 117 | |

| | | |
|---|---|---|
| | | DECISION AND ORDER signed by Judge Lynn Adelman on 4/6/2026 as to Hannah C Dugan (1). IT IS ORDERED that defendant's motion and renewed motion (R. 88 , 109 ) are denied. Details in order. (cc: all counsel and probation) (amh) |
| 04/09/2026 | 118 | SCHEDULING ORDER signed by Judge Lynn Adelman on 4/9/2026 as to Hannah C Dugan. IT IS ORDERED that this matter is scheduled for sentencing on Wednesday, June 3, 2026, at 10:00 a.m. in Courtroom 390. IT IS FURTHER ORDERED that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before May 27, 2026. (cc: all counsel, probation, and usms) (amh) |
| 04/21/2026 | 119 | MOTION for Reconsideration *of 117 Decision and Order* by Hannah C Dugan.(Biskupic, Steven) Modified on 4/21/2026 (rcm). |
| 04/21/2026 | 120 | BRIEF by Hannah C Dugan in Support re 119 MOTION for Reconsideration *of 117 Decision and Order* (Biskupic, Steven) Modified on 4/21/2026 (rcm). |
| 04/28/2026 | 121 | ORDER signed by Judge Lynn Adelman on 4/28/2026 as to Hannah C Dugan. IT IS ORDERED that the government file a response to the motion for reconsideration on or before May 8, 2026. Defendant may file a reply on or before May 15, 2026. (cc: all counsel and probation) (amh) |
| 04/30/2026 | 122 | TRANSCRIPT of Final Pretrial Conference as to Hannah C Dugan held on November 26, 2025, before Judge Lynn Adelman. Court Reporter/Transcriber Susan Armbruster, Contact at 4142902641. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 5/26/2026. Redacted Transcript Deadline set for 6/4/2026. Release of Transcript Restriction set for 8/3/2026. (Armbruster, Susan) |
| 05/06/2026 | 123 | RESPONSE by USA as to Hannah C Dugan re 119 MOTION for Reconsideration *of R:117* (Attachments: # 1 Trial Ex. 47)(Frohling, Richard) |
| 05/07/2026 | 124 | REPLY TO RESPONSE to Motion by Hannah C Dugan re 119 MOTION for Reconsideration *of R:117* (Biskupic, Steven) |
| 05/26/2026 | 125 | ORDER signed by Judge Lynn Adelman on 5/26/2026 as to Hannah C Dugan. IT IS ORDERED that this matter is scheduled for oral argument on Wednesday, June 3, 2026, at 10:00 a.m. in Courtrom 390. The sentencing set for that time is adjourned. (cc: all counsel, probation, and usms) (amh) |
| 06/03/2026 | 126 | Minute Entry for proceedings held before Judge Lynn Adelman: In Court Hearing as to Hannah C Dugan held on 6/3/2026. Court hears oral argument on motion for reconsideration. (Court Reporter Jennifer Stake) (amh) |
| 06/03/2026 | 127 | TRANSCRIPT of Oral Arguments as to Hannah C Dugan held on June 3, 2026, before Judge Lynn Adelman. Court Reporter/Transcriber Jennifer Stake, Contact at 414–290–2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website |

| | | www.wied.uscourts.gov Redaction Statement due 6/29/2026. Redacted Transcript Deadline set for 7/9/2026. Release of Transcript Restriction set for 9/4/2026. (Stake, Jennifer) |
|---|---|---|
| 06/16/2026 | 128 | DECISION AND ORDER signed by Judge Lynn Adelman on 6/16/2026 as to Hannah C Dugan (1). IT IS ORDERED that defendant's motion for reconsideration (R. 119 ) is denied. Details in order. (cc: all counsel, probation, and usms) (amh) |
| 06/18/2026 | 129 | REVISED PRESENTENCE INVESTIGATION REPORT (Restricted) as to Hannah C Dugan filed by the US Probation Office. (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means. Counsel for the defendant is required to provide a copy of this document to the defendant.) (Haldemann, Elizabeth) |
| 06/18/2026 | 130 | ADDENDUM to PRESENTENCE INVESTIGATION REPORT (Restricted) as to Hannah C Dugan (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means. Counsel for the defendant is required to provide a copy of this document to the defendant.) (Haldemann, Elizabeth) |
| 06/18/2026 | 131 | SENTENCING RECOMMENDATION (Sealed – for Judge only) filed by US Probation Office as to Hannah C Dugan (Haldemann, Elizabeth) |
| 06/18/2026 | 132 | ORDER signed by Judge Lynn Adelman on 6/18/2026 as to Hannah C Dugan. IT IS ORDERED that this matter is scheduled for sentencing on Wednesday, July 8, 2026, at 11:15 a.m. in Courtroom 390. IT IS FURTHER ORDERED that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before July 1, 2026. (cc: all counsel, probation, and usms) (amh) |
| 07/01/2026 | 133 | SENTENCING MEMORANDUM by USA as to Hannah C Dugan (Frohling, Richard) |
| 07/01/2026 | 134 | SENTENCING MEMORANDUM by Hannah C Dugan (Biskupic, Steven) |
| 07/08/2026 | 135 | Minute Entry for proceedings held before Judge Lynn Adelman: Sentencing held on 7/8/2026 for Hannah C Dugan (1). As to Count 2: $5,000.00 fine. $100.00 special assessment. As to Count 1: Jury verdict of Not Guilty reached at trial. SEE Judgment for additional details. (Court Reporter Jennifer Stake) (amh) Modified on 7/8/2026 (amh). |
| 07/08/2026 | 136 | JUDGMENT signed by Judge Lynn Adelman on 7/8/2026 as to Hannah C Dugan (1). As to Count 2: $5,000.00 fine. $100.00 special assessment. As to Count 1: Jury verdict of Not Guilty reached at trial. SEE Judgment for additional details. (cc: all counsel, financial, and flu) (amh) |
| 07/08/2026 | 137 | STATEMENT OF REASONS (Restricted) signed by Judge Lynn Adelman on 7/8/2026 as to Hannah C Dugan. (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means.) (cc: financial and flu via nef, usao and flu via interoffice mail, and defense counsel via mail) (amh) |
| 07/09/2026 | 138 | NOTICE OF APPEAL by Hannah C Dugan Filing Fee PAID $605, receipt number AWIEDC–5296227. (Biskupic, Steven) |
| 07/09/2026 | 139 | DOCKETING STATEMENT by Hannah C Dugan re 138 Notice of Appeal (Biskupic, Steven) |

# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Case No.  2:25-Cr-89 LA

HANNAH C. DUGAN,

      Defendant.

## NOTICE OF APPEAL

Notice is hereby given that defendant Hannah Dugan hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on  July 8, 2026 (Dkt. 136).

Dated this 9th day of July, 2026.

By:  /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233

*Counsel for Defendant Hannah Dugan*

**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                             Case No.  2:25-Cr-89 LA

HANNAH C. DUGAN,

      Defendant.

## DOCKETING STATEMENT

Defendant Hannah Dugan, by her undersigned counsel, hereby respectfully provides this docketing statement in support of her direct appeal.

1. This is an appeal of a federal criminal conviction and sentence. The district court had jurisdiction pursuant to 18 U.S.C. § 3231 and the underlying criminal statutes, 18 U.S.C. §§ 1071 and 1505.

2. The judgment was entered on July 8, 2026. (Dkt. 136).

3. The notice of appeal was filed with the district court on July 9.(Dkt. 138).

4. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide the case pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3742, and Federal Rule of Appellate Procedure. 4.

Dated this 9th day of July, 2026.

By: /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233

*Counsel for Defendant Hannah Dugan*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>HANNAH C. DUGAN | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 25-CR-89<br><br>USM Number: 76517-511<br><br>Steven Biskupic<br>Defendant's Attorney<br>Richard Frohling<br>Assistant United States Attorney |

**THE DEFENDANT:**

☐ Plead guilty to the indictment.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☒ was found guilty on count 2 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. § 1505** | **Obstruction of Proceedings Before Departments, Agencies and Committees** | **4/18/2025** | **2** |

The defendant is sentenced as provided in Pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count 1.

☐ Indictment is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and the United States attorney of material changes in economic circumstances.

7/8/2026
Date of Imposition of Judgment

/s Lynn Adelman

Signature of Judicial Officer

Lynn Adelman, District Judge
Name & Title of Judicial Officer

7/8/2026
Date

AO 245B (Rev 10/15) Judgment in a Criminal Case:
  Sheet 5 - Criminal Monetary Penalties

Defendant: Hannah C. Dugan
Case Number: 25-CR-89

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | **$100.00** | **$5,000.00** | **N/A** |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **Totals:** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 10/15) Judgment in a Criminal Case:
Sheet 6 - Schedule of Payments

Defendant: Hannah C. Dugan
Case Number: 25-CR-89

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☒ Lump sum payment of $5,100.00 due immediately: $5,000.00 fine and $100.00 special assessment

☐ not later than _____ , or

☐ in accordance ☐ C, ☐ D, ☐ E or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.