# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

July 9, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
| --- |
| Appellate Case No: 26-2440 <br><br> Caption: <br> UNITED STATES OF AMERICA, <br>     Plaintiff - Appellee <br><br> v. <br><br> HANNAH C. DUGAN, <br>     Defendant - Appellant |
| District Court No: 2:25-cr-00089-LA-1 <br> District Judge Lynn Adelman <br> Clerk/Agency Rep Linda M. Klemm <br><br> Date NOA filed in District Court: 07/09/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)